**Exhibit B**

# LATTI & ANDERSON LLP

*Counsellors At Law and Proctors In Admiralty*

| | |
|---|---|
| 30-31 Union Wharf, Boston, Massachusetts 02109 | (617) 523-1000 |
| Gloucester, MA | (978) 281-0605 |
| Portland, ME | (207) 874-6464 |
| Facsimile | (617) 523-7394 |
| www.lattianderson.com | |

DAVID F ANDERSON**
CAROLYN M. LATTI*
JONATHAN E GILZEAN

OF COUNSEL

MICHAEL B. LATTI

WITH OFFICES AT
46 Union Street, New Bedford, MA 02740, (508) 999-1029
* ALSO ADMITTED IN ME
** ALSO ADMITTED IN NH & ME

August 6, 2017

In Hand Delivery
& E-mail w/o CD

David Farrell, Esq.
Farrell McAleer & Smith, LLP
60 Washington St.
Suite 303
Salem, MA 01970

     Re:   <u>National Fire Ins. vs. Nathan Carman</u>
            USDC D. RI, # 17-038-S-PAS

Dear Mr. Farrell,

     Enclosed please find:

1. Defendant, Nathan Carman's F.R.Civ.P. 26(a)(1)(A) Initial Disclosure;

2. A CD containing all of the documents identified within the above disclosure.

     I have checked the CD, none the less if you think any documents are missing or are not readable please contact me. Finally, please note that the set of Interrogatories and Document requests where not signed as required by F.R.Civ.P. 26(g)(1), where not served as required by F.R.Civ.P. 5(b) and where e-mailed to me before we had conducted our discovery conference on July 24, 2017. Please note Defendant's objections on these grounds.

Very Truly Yours

David F. Anderson

Enclosure (1)