UNITED STATES DISTRICT COURT
for the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO. and BOAT OWNERS ASSOCIATION OF OF THE UNITED STATES<br>Plaintiffs<br><br>v.<br><br>NATHAN CARMAN<br>Defendant. | Civil Action:<br>No: 17-cv-0038-S-PAS<br><br>In Admiralty |

## PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c) this Court hereby orders that the parties and their counsel comply with the following Protective Order.

1. With respect to any documents or information provided by the Defendant to the Plaintiffs pursuant to discovery obligations set forth in Fed. R. Civ. P. 26-36, the Defendant must clearly identify and/or inform counsel for the Plaintiffs (at the time of disclosure) which information and/or documents are "highly confidential" and private and which information and/or documents are "confidential" and non-public. Documents and information which are not identified by counsel for the Defendant as being either "highly confidential" or "confidential" are not subject to this Protective Order.

2. Documents and information identified by counsel for the Defendant as being "highly confidential" shall be securely retained by counsel for the Plaintiffs with added protection to ensure no access except as needed for use in connection with this case. Counsel for the Plaintiffs shall not disclose the documents and information identified by counsel for the Defendant as

1

being "highly confidential" to any person or entity without first receiving written consent from counsel for the Defendant.

3.     The Plaintiffs and their legal counsel are ordered not to disclose documents and information identified by counsel for the Defendant as being "confidential" to the general public, to the media, and/or to any non-party to this action. Counsel for the Plaintiffs shall store documents and information identified by counsel for the Defendant as being "confidential" using the same degree of security used in storing counsel's own client files. Counsel for the Plaintiffs may disclose documents and information identified by counsel for the Defendant as being "confidential" with the Plaintiffs and with any expert witnesses employed by the Plaintiffs in connection with this case.

SO ORDERED

Dated December 29, 2017

/s/ Patricia A. Sullivan
PATRICIA A. SULLIVAN
United States Magistrate Judge