# Ex. 3

# Carman Deposition Excerpts

# (under seal)