# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO.<br><br>and<br><br>BOAT OWNERS ASSOCIATION OF THE UNITED STATES<br><br>    Plaintiffs,<br><br>  v.<br><br>NATHAN CARMAN<br><br>    Defendant. | Civil Action No: 17-0038-S-PAS<br><br>In Admiralty |

## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs National Liability & Fire Insurance Co. ("NLFIC") and Boat Owners of the United States ("BoatU.S.") move for a protective order on portions of Defendant's Fed. R. Civ. P. 30(b)(6) Deposition Notices to both Plaintiffs, pursuant to Fed. R. Civ. P. 26(b)(2)(C).  A brief and declaration with exhibits are filed in support.

### Fed. R. Civ. P. 37(a)(1) Certification

I certify I emailed Defendant's attorney January 29 and February 5, 2018 and we then spoke by telephone in a good faith effort to avoid filing this motion when I urged that we meet and confer, to no avail.  After Defendant responds to this motion I will contact his attorney to meet and confer again.

RESPECTFULLY SUBMITTED February 6, 2018.

            PLAINTIFFS

            */s/ David J. Farrell, Jr.*
            David J. Farrell, Jr.
            *Pro Hac Vice*

        Liam T. O'Connell
        *Pro Hac Vice*
        Farrell & Smith LLP
        2355 Main Street, P.O. Box 186
        South Chatham, MA  02659
        508.432.2121 x 15
        sealaw@live.com

        */s/ Sean T. O'Leary*
        Sean T. O'Leary (#6035)
        O'Leary Murphy, LLC
        4060 Post Road
        Warwick, Rhode Island 02886
        401.615.8584 Office
        sto@olearymurphy.com

*Certificate of Service*
I certify this motion was efiled and served on Attys Anderson and Humphrey via the CM/ECF System 02/06/2018.

        */s/ David J. Farrell, Jr.*

2