EXHIBIT "K"

http://www.boatus.com:80/insurance/policy.asp    [Go]    SEP
140 captures
22 Apr 2006 - 13 May 2017                                2014

FREE Insurance Quote | Retrieve Quote | Policy Self-Service Login

## BoatUS® MARINE INSURANCE PROGRAM

Insurance@BoatUS.com
Contact Claims: 1-800-937-1937
Get a Free Quote: 1-800-283-2883

About Us | Policies | FREE Quote | Claims Information | FAQ | Seaworthy | Surveyors | Terms | Meet The Crew

# About BoatUS Program Policies

**Policies Home   Yacht   Boat Saver   PWC   Liability PLUS   ANGLER**

For over 45 years, BoatUS has provided affordable insurance coverage options for recreational boaters nationwide. Low-cost policies, available for most all boat types, are serviced by dedicated boating experts committed to exceptional policy service, and expert claims handling that gets you back to boating as quickly as possible. Find the right policy for your boating lifestyle:


Yacht


Boat Saver

PWC


Liability Plus


ANGLER

Optional Add-On Coverages | Liability in Mexico | Canadian Residents

### Get a Free Quote
[Free Quote]

### Finish Your Application
[Find Quote]

### Questions?
**1-800-804-2628**
M - F: 8am - 9pm
Sa: 9am - 5pm, ET

Email Us

FAQs

*Enhance your policy with these great Add-On Coverages and Extension Options*

**Yacht Policy Add-ons:**

Premier Value Package

Watersports Package

Ice and Freezing Coverage

Depreciation Waiver

Personal Effects Coverage

Lower Electronics Deductible

Lower Dinghy Deductible

**Boat Saver Policy Add-on:**

Watersports Package

Sporting Equipment Coverage

## Announcing! New Policy Benefits

**Mechanical Breakdown Coverage for Lower Units and Outdrives**
This optional coverage repairs or replaces the lower unit of an outboard motor, or the upper and lower units of a stern drive motor, in the event of a mechanical breakdown. Premiums as low as $23 per year. (Not available in all states.) Learn More

**Don't forget to Add Mexico Liability Coverage**
Coverage for your boat and auto if you trailer it into the country. Learn More

[Start a Free Quote]   [Buy Coverage]





## 24 Hour Claims & Dispatch of Assistance

Our experienced team of claims professionals will dispatch assistance, utilizing our nationwide network of towers, salvors and surveyors to help policyholders through boating emergencies like fire, sinking, theft or fuel spill containment — even roadside accidents. Your claim is handled by boating experts committed to outstanding service that gets you back on the water — fast.

*All coverage is subject to the terms, conditions, limits and exclusions of the policy. Salvage and Wreck Removal excluded on Liability policies for PWC. Please read your policy carefully.

For a FREE quote for our Yacht Policy or any BoatUS policy, visit our Online Application or call toll free, 1-800-283-2883 for personal service.

**PLUS Premium Discounts** for boating safety courses, multiple boat households, and membership in the Coast Guard Auxiliary or Power Squadron.

The BoatUS Marine Insurance Program, 880 South Pickett Street, Alexandria, VA 22304, offers coverage in all 50 states to boat owners with a U.S. address. In California, the program is provided through Boat Association Insurance Services, license #0H87086. All coverage is subject to terms, conditions, limits and exclusions of the policy.

## BoatUS Underwriting Companies

BoatUS Insurance Program policies are underwritten by one of two AM Best-Rated insurance companies. Your underwriting company will vary by state of residence. More Information on BoatUS Underwriting

(These pages contain only a general description of coverage. We recommend you read any policy prior to purchase).

## Easy Payment Options

Paying your insurance premium is quick, easy and affordable with auto-pay and installment payment options. View All Payment Options

Home    Boat Insurance Quote    Membership    Towing Services    Boat Buyer Services    Boat Loans

© 2015. Boat Owners Association of The United States. All Rights Reserved.

![BoatUS Marine Insurance Program]

FREE Insurance Quote | Retrieve Quote | Policy Self-Service Login

insurance@BoatUS.com
Contact Claims: 1-800-937-1937
Get a Free Quote: 1-800-283-2883

About Us | Policies | FREE Quote | Claims Information | FAQ | Seaworthy | Surveyors | Terms | Meet The Crew

Marine Insurance Home > All Policies > Yacht Policy

# Total Protection Yacht Policy

For complete Agreed Value protection of your boat, motor and gear, our flagship Yacht Policy is available for most all boat types except Personal Watercraft (PWC).

**Featured Coverages:**

- Agreed Value Coverage
- Broad Cruising Area Options
- Medical Payments Coverage
- Liability Coverage
- Consequential Damage Coverage

    Covers immediate damage to the insured boat resulting from fire, explosion, sinking, or collision, even when the initial cause of the loss was excluded -- such as wear and tear or deterioration.

- Lifetime Repair Guarantee
- Investigative Services for Manufacturer's Defects



**Get a Free Quote**

Free Quote

**Finish Your Application**

Find Quote

**Questions?**

1-800-804-2628
M - F: 8am - 9pm
Sa: 9am - 5pm, ET

Email Us

FAQs

Partial Losses for boating equipment are covered on a "new for old" basis. However, specific items are subject to depreciation. Click for Information on Yacht Losses and Policy Depreciation.

Plus extended cruising area options for trips to Canada, Mexico, Alaska, and the Caribbean. Note: Mexican Liability Coverage requirements for trips to Mexico.

## All BoatUS Policies Include:

| 24 Hr Claims?? & Dispatch Seaworthy?? Subscription | Full Salvage?? Assistance | Supplemental?? Medical | Fuel-Spill?? Liability | Diminishing?? Deductibles | Uninsured?? Protection | Dock?? Contracts | Haul-Out?? Coverage |
|---|---|---|---|---|---|---|---|

**24 Hour Claims & Dispatch of Assistance**

Our experienced team of claims professionals will dispatch assistance, utilizing our nationwide network of towers, salvors and surveyors to help policyholders through boating emergencies like fire, sinking, theft or fuel spill containment -- even roadside accidents. Your claim is handled by boating experts committed to outstanding service that gets you back on the water -- fast.

*All coverage is subject to the terms, conditions, limits and exclusions of the policy. Salvage and Wreck Removal excluded on Liability policies for PWC. Please read your policy carefully.

For a FREE quote for our Yacht Policy or any BoatUS policy, visit our Online Application or call toll free, 1-800-283-2883 for personal service.

??

http://www.boatus.com/insurance/depreciation.asp

28 captures
7 Nov 2010 - 21 Oct 2016

MAY SEP MAY
◀ 07 ▶
2014 2015 2016

FREE Insurance Quote | Retrieve Quote | Policy Self-Service Login

**BoatUS**
MARINE INSURANCE PROGRAM

insurance@BoatUS.com
Contact Claims: 1-800-937-1937
Get a Free Quote: 1-800-283-2883

About Us   Policies   FREE Quote   Claims Information   FAQ   Seaworthy   Surveyors   Terms   Meet The Crew

# Loss and Depreciation Policies

The BoatUS Marine Insurance is offered in all 50 states. All coverage is subject to the terms, conditions, limits and exclusions of the policy and the policy language will supercede anything to the contrary.

### Get a Free Quote
Free Quote

## Yacht, ANGLER's Best and ANGLER Bass Boat (Agreed Hull Value) Policies

The following paragraphs explain payment information in the event of a loss as explained in the policy:

### Finish Your Application
Find Quote

- **Total or Constructive Total Loss**

We will pay you the agreed hull value as defined by the policy if the boat is lost absolutely, or if the reasonable cost of repair exceeds the agreed value. We reserve the right to declare the boat a constructive total loss and pay you the agreed value if in our judgment costs of salvage and/or repair exceed such value. We are not obligated to accept or pay for the boat or any boating equipment which you abandon. If we pay you the insured value, we have the right to the insured property. If we exercise our right to acquire the insured property, you must provide all documents needed to transfer title to us. You agree to allow us to withhold an amount not to exceed 10% of the insured value until we have received these documents.

### Questions?
1-800-804-2628
M - F: 8am - 9pm
Sa: 9am - 5pm, ET

Email Us

FAQs

- **Repairs for Partial Losses**

We will pay the reasonable cost of repairs with depreciation applied to the repair or replacement of the following items: inflatable dinghies, paint and finishes, protective covers, fabric or sails. Depreciation also applies to outdrive units, outboard motors, and gel coat beginning with the sixth year from the year of manufacture, and to internal machinery beginning with the eleventh year from the year of manufacture. In the event of damage to plywood, plastic, fiberglass, metal, cement, or other molded material, we are obligated to pay only the reasonable cost of repairing the damaged area, in accordance with quality marine repair practice. We have the option to make or reimburse you for repairs or replacements, or to pay you directly based on an agreed estimate of loss. Repairs and replacements will be made with like kind and quality.

## Boat Saver and PWC (Actual Cash Value) Policies

The following paragraphs explain payment information in the event of a loss as explained in the policy:

- **Total Loss**

We will reimburse you for the actual cash value (the boat's current market value, not the replacement value) at the time of the loss.

- **Repairs for Partial Losses**

We will pay the reasonable cost of repairs or replacements, in accordance with quality marine practice, less depreciation. All partial losses are depreciated. Depreciation shall be calculated at ten percent (10%) for each year beginning with the year of manufacture. In all cases, a 10% residual value shall remain regardless of the boats age.

Home   Boat Insurance Quote   Membership   Towing Services   Boat Buyer Services   Boat Loans

©2015, Boat Owners Association of The United States. All Rights Reserved.

P005

*[Browser archive bar with URL http://www.boatus.com:80/insurance/faq.asp, dated NOV 15 2015]*

**BoatUS®**
MARINE INSURANCE PROGRAM

FREE Insurance Quote | Retrieve Quote | Policy Self-Service Login

Insurance@BoatUS.com
Contact Claims: 1-800-937-1937
Get a Free Quote: 1-800-283-2883

About Us | Policies | FREE Quote | Claims Information | FAQ | Seaworthy | Surveyors | Terms | Meet The Crew

# Frequently Asked Questions

## Policies

How long has BoatUS been in the boat insurance business?

How many people work on boat insurance at BoatUS?

Where do you provide insurance coverage?

Am I required by law to have insurance on my boat?

What is the minimum amount of insurance protection I should buy?

What type of losses does the policy cover?

> All policies through the BoatU.S. program are "All Risk" which covers all external causes of loss except those specifically excluded. Coverage includes losses caused by hurricane, theft, flood, fire, sinking, collision, etc. For Agreed Hull Value Policies (Yacht Policy, Angler's Best and Angler's Bass Boat Program), the company will pay you the Agreed Hull Value in the event of a total loss. Repairs for Partial Loss on boating equipment are covered on a "new for old" basis, although specific items are subject to depreciation. For more information on what is covered for total and partial losses for Yacht and Bass Boat policies, click here. For Actual Cash Value Policies (Boat Saver, PWC and Angler Boat Saver), all covered property losses are subject to depreciation. For more information on what is covered for total and partial losses and the depreciation schedule for these policies, click here. To see a copy of the policy before you bind coverage, ask a BoatUS insurance specialist to send a sample with your quote.

What is included in the Hull and Machinery part of the policy?

What does the Protection and Indemnity (P&I) section of the policy include?

How does your insurance program help me in the event of an emergency, such as a sinking, grounding or accidental fuel spill?

Is towing coverage provided through the BoatUS Insurance Program?

I am planning a trip to Mexico with my boat. Is my boat still covered by your policy and do I need a cruising extension?

How do you handle claims?

## Quotes, Cost and Discounts

How much does insurance through BoatUS cost?

Is Price the most important factor to consider when purchasing boat insurance?

How can I save money on my boat insurance?

Are there discounts for successfully completing safe boating classes?

Can I get a quote today?

How do I start coverage if I like your quote?

Is BoatUS Membership required to get an insurance quote?

Is there an extended payment plan?

## Mechanical Breakdown Coverage

What is Mechanical Breakdown Coverage?

What states are eligible for Mechanical Breakdown coverage?

Can this coverage be added to any boat?

How much does it cost?

If I add the coverage today how soon does it become effective?

Is there a deductible?

The policy booklet I received lists wear and tear and mechanical breakdown as exclusions. Will they be covered under this endorsement?

**Get a Free Quote**
[Free Quote]

**Finish Your Application**
[Find Quote]

**Questions?**
1-800-804-2628
M - F: 8am – 9pm
Sa: 9am – 5pm, ET

Email Us

FAQs

P006



## Policyholder Service Center
Access Your Policy Information

**CUSTOMER SERVICE:** 1-800-283-2883
**LOCAL OFFICE:** 703-461-4885

Not Registered? Please Click Here

- About Us
- Our Policies
- Free Quote
- Claims Information
- FAQ
- Damage Prevention
- Surveyor Referral
- Insurance Terms
- Meet The Crew
- Buy Coverage Here
- Upload Photos & Docs

**Policyholder Login:**

User ID: [         ]   *For your User ID, use either the email address you provided at registration or your BoatUS Member Number*

Password (Case Sensitive): [         ]   Forgot your password? Click Here

☐ Remember my User ID

[ LOGIN ]

If you experience any problem using this web page, please call 1-800-804-2628.

**MAKE A PAYMENT**
Pay electronically by check.

**MAKE CHANGES ONLINE 24/7**
Update your address, set up a temporary address, change your boat name, loss payee or marina/location at your convenience.

**ACCOUNT REVIEW**
Check balance and payment history for all of your policies.

**POLICY REVIEW**
Coverages, deductible, annual premium, cruising area. It's all here.

**OPEN ALL NIGHT!**
Update your policy info or make payments online anytime. Quick and easy with online self-service!

Home : Boat Insurance Quote : Online Store : Boat Buyer Services : Boat Loans : TowBoatUS : Marine Centers

© 2015, Boat Owners Association of The United States. All Rights Reserved