```
190346Z SEP16: NEXT OF KIN IDENTIFIED AND BRIEFED.
190444Z SEP16: LAUNCH TIME AND LOCATION
190447Z SEP16: WE ARE REQUESTING AN AIRCRAFT TO BE ON SCENE AT 0630Q.  WE WILL TAKE
WHICH EVER AIRCRAFT IS AVALIABLE.//ROGER.  I WILL TALK TO AIR STATION AND GET BACK TO
YOU.
190455Z SEP16: SECTOR SENE IS REQUESTING AN AIRCRAFT TO BE ON SCENE AT 0630Q.//ROGER.  I
WILL TALK TO MY OPS AND GET BACK TO YOU.
190530Z SEP16: DISCUSSED ORM AND MISSION PLANNING WITH ASCC A. OPS.
190549Z SEP16: RECEIVED SMC: SPOKE WITH [REDACTED] [REDACTED] OF [REDACTED] SHE SAYS THAT THE
LAST TIME [REDACTED] AND [REDACTED] WENT OUT ON THE BOAT, IS THE NIGHT THE GRANDFATHER DIED. SHE
BELIEVES [REDACTED] KILLED THE GRANDFATHER. SHE ALSO BELIEVES THAT SINCE THE ESTATE IS BEING
SETTLED THIS WEEK, [REDACTED] MAY HAVE KILLED HIS MOTHER [REDACTED] SO HE CAN HAVE THE 5MILLION
DOLLAR HOME TO BE LEFT TO HER. SHE SAID THAT [REDACTED] IS EXTREMELY INTELLIGENT AND VERY
GOOD WITH TECHNOLOGY.
190603Z SEP16: R2317 REPORTS DETERIORATING WEATHER CONDITIONS FURTHER NORTH INTO SEARCH
AREA. CEILING HAS DROPPED BELOW 300'. AIRSTA REPORTS THAT IN ORDER TO SAFELY LAND AT
HOMEPLATE, THE AIRCRAFT WOULD HAVE TO RTB BEFORE WIND AND VISIBILITY MADE IT TOO UNSAFE
TO LAND. RTB
190609Z SEP16: SLIS CC ASSUMED THE RADIO GUARD FOR SRC, CGC BONITO, ENROUTE TO OVERDUE
CASE IN SENE. ESTIMATED TIME OF ARRIVAL 1100Z 19 SEP 2016.
190616Z SEP16: DEPART TIME AND LOCATION
190623Z SEP16: ON SCENE/CSP TIME AND LOCATION
190638Z SEP16: SORTIE END TIME AND LOCATION
190805Z SEP16: BRIEFED D1 SMC, CAPTAIN GAYNOR.
190818Z SEP16: SECOND RBM CREW U/W ENR CSP
190821Z SEP16: RBM REPORTS DECREASED VIS OF 1-200 YARDS.
190921Z SEP16: PJ RBM (A-2) SEARCH 90% COMPLETE NEGRES RTB DUE TO CREW FATIGUE AND
DECREASED VISIBILITY IN POINT JUDITH. B-3 BY RBM WILL COVER AREA ALONG SOUTH SIDE OF
BLOCK ISLAND THAT MAY NOT HAVE BEEN COVERED AND DURING DAYLIGHT CONDITIONS.
190922Z SEP16: DEPART TIME AND LOCATION
190953Z SEP16: WE ARE EVALUATING THE WEATHER AND ARE GOING TO WAIT UNTIL THE MARINE
LAYER WILL BURN OFF. WE WILL RE-EVALUATE AT 0730.
190956Z SEP16: CONVERSATION WITH AIRSTA AND D1, AIR SEARCH INEFFECTIVE UNTIL MARINE
LAYER CLEARS ALONG WITH LINE OF THUNDERSTORMS.
190956Z SEP16: ASCC WOULD LIKE TO REEVALUATE 1ST LIGHT W/ 60 AT 0730. MARINE LAYER, NEW
CREW.
191000Z SEP16: VALIDATED THUS FAR BY OS1 [REDACTED]
191000Z SEP16: OS1 [REDACTED] ASSUMED THE OUC WATCH (OSCS [REDACTED] B/I), PREVIOUS ENTRIES
REVIEWED. COMMAND CENTER ORM CONDUCTED, GAR25 WITH HIGHS IN PLANNING (6) AND EVENT
COMPLEXITY (6).
191000Z SEP16: IMA VALIDATED BY OS1 [REDACTED].
191001Z SEP16: REQUESTED TIME
191023Z SEP16: CG-45720 COMMENCED SEARCH B-2.
191025Z SEP16: LAUNCH TIME AND LOCATION
191027Z SEP16: CGC BONITO O/S, COMMENCING SEARCH B-1.
191030Z SEP16: SORTIE END TIME AND LOCATION
191031Z SEP16: SCHEDULED END TIME
191033Z SEP16: UPDATED CALLOUT INFORMATION TO INCLUDE THE REGISTRATION NUMBER OF THE VSL
(RI7760W).
191035Z SEP16: SCC LAUNCHED STA PJ TO CONDUCT A SEARCH OF THE MARINA VIA GV.  SCC
REQUESTED THE GV SEARCH CONTINUE TO BE CONDUCTED EVERY 1-2 HOURS.
191040Z SEP16: SLIS CALLS STA NEW LONDON/MONTAUK TO HAVE THEM CONDUCT PRECOMMS AND
EXCOMMS.
191043Z SEP16: DEPART TIME AND LOCATION
191057Z SEP16: ON SCENE/CSP TIME AND LOCATION
191059Z SEP16: REQUESTED D1 PING OF [REDACTED] CELL PHONE.  PINGED.  CELL PHONE
POWERED OFF, NO UPDATES.
191100Z SEP16: BRIEFED CGC BONITO ON CASE AND MISSING PERSONS INFORMATION.  BRIEFED OF
POSSIBLE AGRESSIVE BEHAVIOR THAT [REDACTED] MAY EXHIBIT, ADVISED CGC BONITO TO USE CAUTION
IF VESSEL IS LOCATED.
191103Z SEP16: D1CC CONTACTED VERIZON WIRELESS FOR UPDATED POSTION INFO. NEGRES. SENE
```