Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
C.A. NO.: 17-38-WES-PAS

NATIONAL LIABILITY & FIRE INSURANCE CO. and
BOAT OWNERS ASSOCIATION OF THE UNITED STATES,

Plaintiffs,

vs.

NATHAN CARMAN,

Defendant.

---

DEPOSITION OF
CHRISTOPHER ROTH

April 9, 2018
12:11 p.m.

Eastern Bank in Marshfield
1932 Ocean Street
Marshfield, Massachusetts

Lauren S. Gardner, Professional Shorthand Reporter

Page 2

1         APPEARANCES OF COUNSEL
2
3    ON BEHALF OF PLAINTIFFS:
4         DAVID J. FARRELL, ESQUIRE
5         LIAM T. O'CONNELL, ESQUIRE
6         Farrell & Smith LLP
7         60 Washington Street, Suite 300
8         Salem, Massachusetts 01970
9         508.432.2121
10        Sealaw@live.com
11
12   ON BEHALF OF DEFENDANT:
13        DAVID F. ANDERSON, ESQUIRE
14        Latti & Anderson LLP
15        30-31 Union Wharf
16        Boston, Massachusetts 02109
17        617.523.1000
18        DAnderson@lattianderson.com
19
20
21
22
23
24

Page 3

1            INDEX OF EXAMINATION
2    Deposition of: CHRISTOPHER ROTH
3    EXAMINATION                      PAGE NO.
4    By Mr. Farrell                   4, 138
5    By Mr. Anderson                  69
6
7            INDEX OF EXHIBITS
8    NO.       DESCRIPTION            PAGE NO.
9    1         Diagram                33
10   2         Drill Bit              33
11   3         Nantucket Skiff Blog   43
12   4         Drawing                76
13   5         Drawing                88
14   6         Photograph             98
15   7         Photograph             98
16   8         Photograph             103
17   9         Photograph             105
18   10        Photograph             110
19   11        Photograph             118
20   12        Photograph             123
21   13        Photograph             131
22
23   (Original exhibits retained by Attorney Farrell).
24

Page 4

1       DEPOSITION OF CHRISTOPHER ROTH
2              APRIL 9, 2018
3              PROCEEDINGS
4
5       CHRISTOPHER ROTH, the deponent, having been
6  satisfactorily identified and duly sworn by the
7  Notary Public, was examined and testified as follows:
8
9            EXAMINATION
10      BY MR. FARRELL:
11      Q. Could you state your name for the record,
12 please?
13      A. Christopher Roth.
14      Q. Okay. And what's your date of birth?
15      A. 4/25/59.
16      Q. Where do you live?
17      A. Marshfield, 713 Webster Street.
18      Q. Have you and I talked before?
19      A. Yep.
20      Q. Have you talked to Mr. Anderson?
21      A. Yes.
22      Q. Have you gone through any documents or
23 photographs with Mr. Anderson?
24      A. I looked at some pictures.

## Page 25

1  is the back piece, trim tab there and there.
2      So I mean, if you're -- If you're going to
3  scale it down, you would probably end -- This
4  measurement, my guess -- This is as a guess, it would
5  be 10 inches.
6      Q. All right. You're drawing -- Just so we get
7  it on the record.
8      You've drawn an arrow on the starboard side
9  with 10 inches showing that the beginning of the
10 starboard trim tab was -- the edge was about 10
11 inches inboard from the outside edge of the boat at
12 the transom?
13     A. Possibly. But you have a photograph of that.
14     Q. Well, I'm asking your recollection.
15     A. Yeah, okay. Well, I mean, that's my
16 recollection.
17     Q. Okay.
18     A. I mean, if I look at the photo, it's probably
19 pretty close.
20     Q. Okay. And the -- And you've drawn a heavier
21 line, I mean, for the trim tab. The heavy ink line
22 that's --
23     A. Yeah.
24     Q. All right. So the heavy dark line you've

## Page 26

1  drawn represents the trim tab?
2      A. Uh-huh.
3      Q. So my question was, what is -- Where is the
4  location of the hole that you drilled?
5      A. It would be right on the photograph, which
6  shows it coming out. My guess is right around here.
7      MR. FARRELL: Mr. Anderson, keep your
8  papers to yourself. I don't want you coaching the
9  Witness, I don't want you doing it again. I'm going
10 to absolutely blow you away once again in court on
11 this and I'm going to show the video the last time.
12 I don't want any coaching, I don't want him seeing
13 any photographs now. You do what you want on
14 cross-examination. Keep your papers to yourself.
15     MR. ANDERSON: I have not shown him a
16 photograph at all.
17     MR. FARRELL: You've got them in your
18 hand.
19     MR. ANDERSON: I have -- I do have
20 photos in my hand. They are not within his vision.
21     MR. FARRELL: They damn well are.
22 Move them away.
23     MR. ANDERSON: No, they are not.
24     MR. FARRELL: Hide them. Hide them,

## Page 27

1  Mr. Anderson.
2      MR. ANDERSON: They are not within
3  his vision.
4      MR. FARRELL: Keep them away.
5      MR. ANDERSON: They are not within
6  his vision and they never have been.
7      I don't know what's wrong with you today.
8      MR. FARRELL: They are directly in
9  his vision if you put them down like --
10     MR. ANDERSON: Let's ask the Witness.
11     Can you see the photographs in my hand?
12 Can you see the photographs in --
13     MR. FARRELL: You can ask your
14 questions at the end.
15     MR. ANDERSON: I will, but you just
16 stop to cause these problems. He couldn't see the
17 photographs. I wasn't showing them to him. You're
18 just making stuff up.
19     A. I don't -- I honestly don't need photographs
20 to determine where trim tabs go on a boat. I mean,
21 this is what I do for a living.
22     Q. Okay. Let me ask you then the question that
23 I was trying to get at.
24     Can you draw on this diagram where the hole

## Page 28

1  is that you drilled that you talked about?
2      A. I can't accurately, so I won't even try to do
3  it because I don't want to, you know, impose any
4  false information if I'm wrong. So I mean, I drilled
5  it where they go.
6      Q. Where did you drill it in comparison to
7  the --
8      MR. ANDERSON: Asked and answered.
9      A. My guess -- My guess --
10     Q. I don't want you to guess.
11     A. Okay. Well, then I --
12     MR. ANDERSON: He's told you he
13 doesn't know and you keep asking him. Asked and
14 answered.
15     MR. FARRELL: Do you represent this
16 Witness?
17     MR. ANDERSON: No, I don't represent
18 this Witness, but you keep badgering him. He's told
19 you he doesn't remember precisely.
20     MR. FARRELL: No, he's told me a
21 couple things. He's told me he knows where the holes
22 go, he's told me he remembers --
23     MR. ANDERSON: So my objection is
24 asked and answered. Let's move on.