**sealaw@live.com**

| | |
|---|---|
| **From:** | Dave Farrell |
| **Sent:** | Friday, July 27, 2018 12:13 PM |
| **To:** | David Anderson; Richardhumphrey@richardhumphreylaw.com |
| **Cc:** | WSaturley@preti.com; JMcLoud@gunsnh.com; Liam T O'Connell; Sean O'Leary |
| **Subject:** | NLFIC and BoatU.S. v. Carman; D. R.I. Civil Case No. 17-38-WES-PAS |
| **Attachments:** | Affidavit of Allen Zou.pdf; Jim McLoud Certification.pdf; SO000001.pdf; SO000002-SO000008.pdf; SO000009-SO000010.pdf; SO000011.pdf; SO000012.pdf |

Dear Counsel:

The Shooters Outpost records deposition scheduled there for Wednesday August 1, 2018 has been cancelled. When served with the *subpoena duces tecum* yesterday, Shooters Outpost provided the requested documents, which are stamped 001 to 012.

Very truly yours,

David J. Farrell, Jr.

FARRELL ✿ SMITH LLP

Chatham and Salem, Massachusetts USA
2355 Main Street, P.O. Box 186
S. Chatham, MA  02659
508.432.2121 x 15 Office
508.237.2402 Cell 24/7
www.FarrellSmith.com

i

## AFFIDAVIT OF ALLEN ZOU

I, Allen Zou, being duly sworn, say as follows:

1.      I am over 18 years of age, and am competent to testify to the matters addressed in this affidavit.

2.      This affidavit is based upon my personal knowledge.

3.      I am a legal administrative assistant with the law firm of Preti, Flaherty, Beliveau & Pachios, PLLP ("Preti Flaherty").

4.      On July 26, 2018, I served a subpoena on Shooters Outpost.

5.      In return, I received documents from Shooters Outpost.  I received these documents in hand.  They were then hand-scanned, stored in PDF format to facilitate the application of Bates numbers, Bates numbers were applied, and the documents placed on the firm's P Drive.

6.      All of the documents I received fall within the range of the following Bates numbers: SO000001-SO000012.

7.      On July 26, 2018, Preti Flaherty provided copies of the Shooters Outpost documents to Attorney David Farrell of Farrell Smith LLP by email communication.

_7/26/2018_
Date

_Allen Zou_
Allen Zou

STATE OF NEW HAMPSHIRE
COUNTY OF MERRIMACK

Subscribed before me this 26th day of July 2018 by Allen Zou.

Before me,

Notary Public/Justice of the Peace
My Commission Expires: _____

Tammy Worthen, Notary Public
My Commission Expires May 8, 2019

Page 1 of 1
13257689.1

# CERTIFICATION

I certify the attached documents are true and correct copies of all records maintained by Shooters Outpost pertaining to Nathan Carman, in compliance with the District of Rhode Island Civil Action No. 17-38-WES-PAS subpoena served on us July 26, 2018.

I verify and declare under the pain and penalty of perjury of the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

July 26, 2018

Jim McLoud
Shooters Outpost
1158 Hookset Road
Hookset, NH  03106
(603) 232-6125

Shooters Outpost
1158 Hooksett Rd
Hooksett, NH 03106
Phone: (603) 232-6125
shootersoutpost@gmail.com

# INVOICE

| INVOICE NUMBER | INVOICE DATE | FORM 4473 | PAGE |
|---|---|---|---|
| R 73929 | 11/11/2013 | 8885 | 1 of 1 |

**COMPANY:**

Shooters
Outpost
1158 Hooksett
Rd
Hooksett, NH
03106
Phone: (603)
232-6125

**VEND
OR:**

**BILL TO:**

CARMAN, NATHAN



Phone:

**SHIP TO:**
12243
CARMAN, NATHAN



| CUSTOMER # | ORDER # | ORDER DATE | P.O. # | EMP | SHIP VIA | SHIP DATE | TERMS | REG | DRW | USR |
|---|---|---|---|---|---|---|---|---|---|---|
| 12243 | 73929 | 11/11/2013 | | | | | | 1 | 1 | |

| Item # | ... | Description | Serial # | NICS | Shipped | Ext Price |
|---|---|---|---|---|---|---|
| 24015 | P | HOPPE'S BORE SNAKE RIFLE CLEAN .308, 30-30, 300 CALIBER | | | 1 | 19.99 |
| K207 | P | KLEEN BORE 30/7.62 RIFLE CLEANING KIT | | | 1 | 22.99 |
| R716-16B-P | P | SIG SAUER 716 PATROL 308 QUADRAIL, MAGPUL FURNITURE | 22C012970 | | 1 | 2,099.99 |
| XM80C | P | FEDERAL 7.62X51MM 149GR FMJ 20 | | | 3 | 50.97 |

Sub Total: 2,193.94

Total This Invoice : 2,193.94

----------------

Change Due: 6.06

# Payments

| Type | Date | Amount |
|---|---|---|
| Cash: | 11/11/2013 | $2,193.94 |
| VOID: | 11/11/2013 | $0.00 |

SO000001

We Strive to Exceed our Customers Expectations.All ammunition, firearm, & reloading sales are final.

pt ***

Shooters Outpost
1158 Hooksett Rd
Hooksett NH 03106
(603) 232-6125

11/11/2013                     Usr:
  Ticket #: 73929              Reg: 1
Customer #: 12243              Drw: 1
Name: CARMAN, NATHAN
Salesperson:

-------------------------------------------
  ITEM/UNIT/SER | QTY. | PRICE | EXT.
-------------------------------------------
R716-16B-P           1 2099.99  2099.99
  SIG SAUER 716 PATROL 308
  QUADRAIL, MAGPUL FURNITURE
       22C012970
K207                 1   22.99    22.99
  KLEEN BORE 30/7.62
  RIFLE CLEANING KIT
24015                1   19.99    19.99
  HOPPE'S BORE SNAKE RIFLE CLEAN
  .308, 30-30, 300 CALIBER
XM80C                3   16.99    50.97
  FEDERAL 7.62X51MM 149GR FMJ 20

-------------------------------------------
          Sales Amount:      2193.94
  Discounts/Misc. Charges:         0
            Sales Tax:         0.00
               Total:      2193.94
===========================================
       Payment Received:     2200.00
           Change Due:         6.06
           AR Balance:          .00

Payments:
---------

Payment History

Cash          : 11/11/2013  2193.94
VOID          : 11/11/2013     0.00

===========================================
===========================================

ALL ammunition, reloading, and firearm
         sales are FINAL.
Firearms are subject to MFG warranty. SO000002
 All other purchases must be returned
within 10 days, in new condition with
packaging & receipt to receive original
form of payment refund. After day 10 up

*Purchdom complt*
*12/23/16 ~ (ORIGINAL)*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives *EO*

*S/A REILLES SEVERAL*

**Firearms Transaction Record Part I -
Over-the-Counter** *by ELLSTON*

OMB No. 1140-0020

**Transferor's Transaction
Serial Number** *(If any)*
8885

**WARNING:** You may not receive a firearm if prohibited by Federal or State law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Certain violations of the Gun Control Act, 18 U.S.C. §§ 921 *et. seq.*, are punishable by up to 10 years imprisonment and/or up to a $250,000 fine.

**Prepare in original only.** All entries must be handwritten in ink. Read the Notices, Instructions, and Definitions on this form. "PLEASE PRINT."

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name**

| Last Name | First Name | Middle Name *(If no middle name, state "NMN")* |
|---|---|---|
| Carman | Nathan | James |

**2. Current Residence Address** (U.S. Postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City *(NC)* | County | State | ZIP Code |
|---|---|---|---|---|
| | | | | |

| **3. Place of Birth** | **4. Height** | **5. Weight** *(Lbs.)* | **6. Gender** | **7. Birth Date** | | |
|---|---|---|---|---|---|---|
| U.S. City and State   -OR-   Foreign Country | Ft. 6"  In. 3 | 185 | ☒ Male  ☐ Female | Month | Day | Year |

**8. Social Security Number** *(Optional, but will help prevent misidentification)*

**9. Unique Personal Identification Number** *(UPIN)* if applicable *(See Instructions for Question 9.)*

| **10.a. Ethnicity** | **10.b. Race** *(Check one or more boxes.)* | | |
|---|---|---|---|
| ☐ Hispanic or Latino | ☐ American Indian or Alaska Native | ☐ Black or African American | ☒ White |
| ☒ Not Hispanic or Latino | ☐ Asian | ☐ Native Hawaiian or Other Pacific Islander | |

**11.** Answer questions 11.a. *(see exceptions)* through 11.l. and 12 *(if applicable)* by checking or marking "yes" or "no" in the boxes to the right of the questions.

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Instructions for Question 11.a.)* **Exception:** If you are picking up a repaired firearm(s) for another person, you are not required to answer 11.a. and may proceed to question 11.b. | ☒ | ☐ |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(See Instructions for Question 11.b.)* | ☐ | ☒ |
| c. | Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Instructions for Question 11.c.)* | ☐ | ☒ |
| d. | Are you a fugitive from justice? | ☐ | ☒ |
| e. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? | ☐ | ☒ |
| f. | Have you ever been adjudicated mentally defective *(which includes a determination by a court, board, commission, or other lawful authority that you are a danger to yourself or to others or are incompetent to manage your own affairs)* OR have you ever been committed to a mental institution? *(See Instructions for Question 11.f.)* | ☐ | ☒ |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Instructions for Question 11.h.)* | ☐ | ☒ |
| i. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Instructions for Question 11.i.)* | ☐ | ☒ |
| j. | Have you ever renounced your United States citizenship? | ☐ | ☒ |
| k. | Are you an alien illegally in the United States? | ☐ | ☒ |
| l. | Are you an alien admitted to the United States under a nonimmigrant visa? *(See Instructions for Question 11.l.)* If you answered "no" to this question, do NOT respond to question 12 and proceed to question 13. | ☐ | ☒ |
| 12. | If you are an alien admitted to the United States under a nonimmigrant visa, do you fall within any of the exceptions set forth in the instructions? (If "yes," the licensee must complete question 20c.) *(See Instructions for Question 12.)* If question 11.l. is answered with a "no" response, then do NOT respond to question 12 and proceed to question 13. | ☐ | ☐ |

| **13.** What is your State of residence (if any)? *(See Instructions for Question 13.)* | **14.** What is your country of citizenship? *(List/check more than one, if applicable. If you are a citizen of the United States, proceed to question 16.)* ☒ United States of America  ☐ Other *(Specify)* | **15.** If you are not a citizen of the United States, what is your U.S.-issued alien number or admission number? SO000003 |
|---|---|---|

Note: Previous Editions Are Obsolete

**Transferee (Buyer) Continue to Next Page
STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9) Part 1
Revised April 2012

Page 1 of 6

I certify that my answers to Section A are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 11.a. if I am not the actual buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 11.b. through 11.k. is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 11.l. is prohibited from purchasing or receiving a firearm, unless the person also answers "Yes" to question 12. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law *(See Instructions for Question 16).*

| 16. Transferee's/Buyer's Signature | 17. Certification Date |
|---|---|
| *Nathan Carman* | 11/11/2013 |

## Section B - Must Be Completed By Transferor (Seller)

**18. Type of firearm(s) to be transferred** *(check or mark all that apply):*

☐ Handgun   ☒ Long Gun (rifles or shotguns)   ☐ Other Firearm *(Frame, Receiver, etc. See Instructions for Question 18.)*

**19.** If sale at a gun show or other qualifying event:

Name of Event _____

City, State _____

**20a. Identification** *(e.g., Virginia Driver's license (VA DL) or other valid government-issued photo identification) (See Instructions for Question 20.a.)* Issuing Authority and Type of Identification   Number on Identification

NHDL

Expiration Date of Identification *(if any)*
Month   Day   Year

**20b. Alternate Documentation** *(if driver's license or other identification document does not show current residence address) (See Instructions for Question 20.b.)*

STATE OF NH VEHICLE REGISTRATION #_____ EXPIRES:

**20c.** Aliens Admitted to the United States Under a Nonimmigrant Visa Must Provide: Type of documentation showing an exception to the nonimmigrant visa prohibition. *(See Instructions for Question 20.c.)*

**Questions 21, 22, or 23 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions for Questions 21, 22 and 23.)*

**21a.** Date the transferee's identifying information in Section A was transmitted to NICS or the appropriate State agency: *(Month/Day/Year)*

Month   Day   Year
11   11   2013

**21b.** The NICS or State transaction number *(if provided)* was:

2FRS - 8GF

**21c.** The response initially provided by NICS or the appropriate State agency was:

☒ Proceed   ☐ Delayed *[The firearm(s) may be transferred on _____ (Missing Disposition Information date provided by NICS) if State law permits (optional)]*
☐ Denied
☐ Cancelled

**21d.** If initial NICS or State response was *"Delayed,"* the following response was received from NICS or the appropriate State agency:

☐ Proceed _____ *(date)*
☐ Denied _____ *(date)*
☐ Cancelled _____ *(date)*
☐ No resolution was provided within 3 business days.

**21e.** *(Complete if applicable.)* After the firearm was transferred, the following response was received from NICS or the appropriate State agency on:

_____ *(date)*   ☐ Proceed   ☐ Denied   ☐ Cancelled

**21f.** The name and Brady identification number of the NICS examiner *(Optional)*

_____ *(name)*   _____ *(number)*

**22.** ☐ No NICS check was required because the transfer involved only National Firearms Act firearm(s). *(See Instructions for Question 22.)*

**23.** ☐ No NICS check was required because the buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS *(See Instructions for Question 23.)*

Issuing State and Permit Type   Date of Issuance *(if any)*   Expiration Date *(if any)*   Permit Number *(if any)*

## Section C - Must Be Completed Personally By Transferee (Buyer)

If the transfer of the firearm(s) takes place on a different day from the date that the transferee *(buyer)* signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instructions for Question 24 and 25.)*

I certify that my answers to the questions in Section A of this form are still true, correct and complete.

| 24. Transferee's/Buyer's Signature | 25. Recertification Date |
|---|---|
| | |

Transferor (Seller) Continue to Next Page
**STAPLE IF PAGES BECOME SEPARATED**

SO000004

ATF Form 4473 (5300.9) Part I
Revised April 2012

| | | | | |
|---|---|---|---|---|
| **Section D - Must Be Completed By Transferor (Seller)** | | | | |
| **26.** Manufacturer and/or Importer *(If the manufacturer and importer are different, the FFL should include both.)* | **27.** Model | **28.** Serial Number | **29.** Type *(pistol, revolver, rifle, shotgun, receiver, frame, etc.) (See instructions for question 29)* | Cal G |
| SIG SAVER | SIG716 | 22C012970 | RIFLE | 7.6 |
| | | 6ND | | |

**30a.** Total Number of Firearms *(Please handwrite by printing e.g., one, two, three, etc. Do not use numerals.)*   ONE

**30b.** Is any part of this transac Pawn Redemption? ☐

**30c.** For Use by FFL *(See Instructions for Question 30c.)*

**Complete ATF Form 3310.4 For Multiple Purchases of Handguns Within 5 Consecutive Business Days**

**31.** Trade/corporate name and address of transferor *(seller) (Hand stamp may be used.)*

**Shooters Outpost LLC**
**1158 Hooksett Rd**
**Hooksett, NH 03106**

**32.** Federal Firearms License Number *(Must contain at three and last five digits of FFL Number X-XX-XXX (Hand stamp may be used.)*

**602013075J01811**

The Person Transferring The Firearm(s) Must Complete Questions 33-36. For Denied/Cancelled Transactions,
The Person Who Completed Section B Must Complete Questions 33-35.

I certify that my answers in Sections B and D are true, correct, and complete. I have read and understand the Notices, Instructions, and De on ATF Form 4473. On the basis of: (1) the statements in Section A (and Section C if the transfer does not occur on the day Section A was pleted); (2) my verification of the identification noted in question 20a and my reverification at the time of transfer *if the transfer does not o day Section A was completed)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unla me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**33.** Transferor's/Seller's Name *(Please print)*  JED WAGNER

**34.** Transferor's/Seller's Signature

**35.** Transferor's/Seller's Title  CLERK

**36.** Date

**NOTICES, INSTRUCTIONS AND DEFINITIONS**

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he or she may lawfully sell or deliver a firearm to the person identified in Section A, and to alert the buyer of certain restrictions on the receipt and possession of firearms. This form should only be used for sales or transfers where the seller is licensed under 18 U.S.C. § 923. The seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the seller must be familiar with the provisions of 18 U.S.C. §§ 921-931 and the regulations in 27 CFR Part 478. In determining the lawfulness of the sale or delivery of a long gun *(rifle or shotgun)* to a resident of another State, the seller is presumed to know the applicable State laws and published ordinances in both the seller's State and the buyer's State.

After the seller has completed the firearms transaction, he or she must make the completed, original ATF Form 4473 *(which includes the Notices, General Instructions, and Definitions)*, and any supporting documents, part of his or her permanent records. Such Forms 4473 must be retained for at least 20 years. Filing may be chronological *(by date)*, alphabetical *(by name)*, or numerical *(by transaction serial number)*, as long as all of the seller's completed Forms 4473 are filed in the same manner. FORMS 4473 FOR DENIED/CANCELLED TRANSFERS MUST BE RETAINED: If the transfer of a firearm is denied/cancelled by NICS, or if for any other reason the transfer is not complete after a NICS check is initiated, the licensee must retain the ATF Form 4473 in his or her records for at least 5 years. Forms 4473 with respect to which a sale, delivery, or transfer did not take place shall be separately retained in alphabetical *(by name)* or chronological *(by date of transferee's certification)* order.

If you or the buyer discover that an ATF Form 4473 is incomplete or in completed after the firearm has been transferred, and you or the buyer make a record of your discovery, then photocopy the inaccurate form any necessary additions or revisions to the photocopy. You only shou changes to Sections B and D. The buyer should only make changes to and C. Whoever made the changes should initial and date the changes corrected photocopy should be attached to the original Form 4473 and part of your permanent records.

**Over-the-Counter Transaction:** The sale or other disposition of a fi seller to a buyer, at the seller's licensed premises. This includes the s disposition of a rifle or shotgun to a nonresident buyer on such premis

**State Laws and Published Ordinances:** The publication (ATF 530 State firearms laws and local ordinances ATF distributes to licensees

**Exportation of Firearms:** The State or Commerce Departments may to obtain a license prior to export.

**Section A**

**Question 1. Transferee's Full Name:** The buyer must personally c Section A of this form and certify *(sign)* that the answers are true, co complete. However, if the buyer is unable to read and/or write, the a *(other than the signature)* may be completed by another person, exc seller. Two persons *(other than the seller)* must then sign as witness buyer's answers and signature.

When the buyer of a firearm is a corporation, company, association, or other such business entity, an officer authorized to act on behalf of

ATF Form 4473 (5300.
Revised April 2012

**Question 11.1.** An a
visa includes, among
business or pleasure, i
residence abroad, and
NOT include perman
aliens admitted to the
Program or to regulat

An alien admitted to t
responds "yes" to que
indicating whether he.

**Question 12. Exceptii**
admitted to the United
from purchasing, recei
possession of a hunting
Government, a State, o
recognized by the Bure
was admitted to the Un
has received a waiver fr
United States; (4) is an
accredited to the United
international organizatio
en route to or from anot
official of a foreign govi
been so designated by th
enforcement officer of a
States on official law en

Persons subject to one of
11.1. and 12 and provide
or letter granting the wai
*(buyer)* answered "yes" t

The seller should verify s
and must attach a copy of
Firearms Transaction Rec

**Question 13.  State of Res**
An individual resides in a S
intention of making a hom
Armed Forces on active du
which his or her permanen

If you are a U.S. citizen wi
current residence address ir
*firearm while staying at yo*
*address in State X in respon*

**Question 16.  Certification**
18 U.S.C. § 922 (a)(1), it is
dealing in firearms without i
dealing in firearms if he or s
firearms as a regular course o
livelihood and profit through
license is not required of a pe
exchanges, or purchases of fi
collection or for a hobby, or v
collection of firearms.



Section B

**Question 18.  Type of Firearm(s):**  Check all boxes that apply.  "Other"
refers to frames, receivers and other firearms that are not either handguns or
long guns (rifles or shotguns), such as firearms having a pistol grip that expel
a shotgun shell, or National Firearms Act (NFA) firearms.

If a frame or receiver can only be made into a long gun *(rifle or shotgun)*, it is
still a frame or receiver not a handgun or long gun.  However, they still are
"firearms" by definition, and subject to the same

---

(a)(3)(b).  18
ll any firearm
e a frame or
g gun, is a "fi
ne under the
frames or rec
tols or revolv

qualifying e
is authorized
the location

r., State, Co
irginia driv

ver a firea
of residen
nt-issued i
esidence a
fication nt
20.a.  A
f a licens
no addre
f governn
citizen hi
ay provir
issued by
nt) from
the Arme
permane
other St
l orders i
o questi

iccept a
ation di
d phot
h of tra
nt sho
should
ion pn
d.  Fo
i hand
f birth
docun

ited S
ses of
d in t
er.

U.S.
rso
Instr

system finds any information that the purchaser is prohibited by law
possessing or receiving a firearm.  For purposes of this form, contact
include contacts to State agencies designated to conduct NICS check
Federal Government.  WARNING:  Any seller who transfers a firean
person they know or have reasonable cause to believe is prohibited fi
or possessing a firearm violates the law, even if the seller has compli
background check requirements of the Brady law.

After the buyer has completed Section A of the form and the licensee
completed questions 18-20, and before transferring the firearm, the l
contact NICS *(read below for NICS check exceptions.)* However, the
should NOT contact NICS and should stop the transaction if:  the

SO000006

ATF Form 4473 (5300.9)
Revised April 2012



CHANGE ADDRESS IN SPACE ABOVE

LEGAL ADDRESS
149 POND BROOK RD
W CHESTERFIELD NH 03443

State of New Hampshire
Registration certificate not valid for tax purposes. All registered taxes for which a municipality have been paid.

REGISTRATION CERTIFICATE
TYPE PASS

MAKE NISS   MODEL TITAN 4X
YEAR 2009   CO 7   VSN 0037407
PLATE   F G   AXLES 2   BDY STL PKUP   CLR BLK   GVW 8488
PP9   SUFFIX   LP NEW 31400   VIN 1N6AA07C89N319676
DOB/ID LAST NAME PP TYPE   FIRST NAME M   SP# SP TYPE

CARMAN NATHAN J

NATHAN J CARMAN

X   *Nathan J Carman*

CTA 15/06064 NEW REGISTRATION
08NOV2013 3013.0002.304.9255 1 $77.00

N.M.S.D. - M.V.
OFFICIAL DIRECTOR
VALIDATION 1210

MOSSMILLS   12   00
MOSSMILLS   63   05

AGENT   REGISTRATION TITLE
CLERK   STATE FEES
MUNICIPAL FEES   TOTAL DUE   TOTAL DUE

01/31/2015
RETAIN FOR TAX PURPOSES

ROAM 344 (REV 0209)

---

**Question 11.** An alien ... nonimmigrant visa includes, among ... business or pleasure, persons ... the United States temporarily for residence abroad, and certain temporary foreign workers. The definition does NOT include permanent resident aliens, nor does it apply to nonimmigrant aliens admitted to the United States pursuant to either the Visa Waiver Program or to regulation otherwise exempting them from visa requirements.

An alien admitted to the United States under a nonimmigrant visa who responds "yes" to question 11.l. must provide a response to question 12 indicating whether he/she qualifies under an exception.

**Question 12. Exception to the Nonimmigrant Alien Response:** An alien admitted to the United States under a nonimmigrant visa is not prohibited from purchasing, receiving, or possessing a firearm if the alien: (1) is in possession of a hunting license or permit lawfully issued by the Federal Government, a State, or local government, or an Indian tribe federally recognized by the Bureau of Indian Affairs, which is valid and unexpired; (2) was admitted to the United States for lawful hunting ...
has received ...

GCA limitations as ... See Section 921(a)(3)(b) ... 18 U Section 922(b)(1) makes it unlawful ... to sell any firearm of firearm, ... to include one that can only ... Since a frame or rec than a shotgun or rifle," it cannot be ... a long gun, is a "firea Also, note that multiple sales forms are not required for frames or receiv firearms, or pistol grip shotguns, since they are not "pistols or revolvers" Section 923(g)(3)(a).

**Question 19. Gun Shows:** If sale at gun show or other qualifying event sponsored by any national, State, or local organization, as authorized by § 478.100, the seller must record the name of the ... and the location (cit State) of the sale in question 19.

**Question 20a. Identification:** List issuing authority (e.g., State, County Municipality) and type of identification presented (e.g., Virginia driver's l (VA DL), or other government-issued ...



U.S. DEPARTMENT OF JUSTICE
**BUREAU OF ALCOHOL,
TOBACCO, FIREARMS & EXPLOSIVES**
Boston Field Division

**Kellie L. Senecal**
Special Agent

Hartford Field Office
21 Oak Street, Suite 303
Hartford, CT 06106

Office: (860) 293-2540
Cell: (786) 232-2029
Kellie.Senecal@atf.gov

SO000008

Nathan Carmen

Sig #320 716
Patrol

11/11/13
ser# 22C012970

73929

Dave Farrell
Investigator
Cape Cod

508-432-2121
ext 15

Merrimack sent
supena

73772

Cost # 12243

SO000009

*Apr. 1*

Shooters Outpost
1158 Hooksett Rd
Hooksett, NH 03106
Phone: (603) 232-6125
shootersoutpost@gmail.com

# INVOICE

| INVOICE NUMBER | INVOICE DATE | FORM 4473 | PAGE |
|---|---|---|---|
| R 73929 | 11/11/2013 | 8885 | 1 of 1 |

**COMPANY:**

Shooters Outpost
1158 Hooksett Rd
Hooksett, NH
03106
Phone: (603)
232-6125

**BILL TO:**

CARMAN, NATHAN

Phone: ▮▮▮▮▮▮

**SHIP TO:**

12243

| CUSTOMER # | ORDER # | ORDER DATE | P.O. # | EMP | SHIP VIA | SHIP DATE | TERMS | REG | DRW | USR |
|---|---|---|---|---|---|---|---|---|---|---|
| 12243 | 73929 | 11/11/2013 | | | | | | 1 | 1 | |

| Item # | ... | Description | Serial # | NICS | Shipped | Ext Price |
|---|---|---|---|---|---|---|
| 24015 | P | HOPPE'S BORE SNAKE RIFLE CLEAN .308, 30-30, 300 CALIBER | | | 1 | 19.99 |
| K207 | P | KLEEN BORE 30/7.62 RIFLE CLEANING KIT | | | 1 | 22.99 |
| R716-16B-P | P | SIG SAUER 716 PATROL 308 QUADRAIL, MAGPUL FURNITURE | 22C012970 | | 1 | 2,099.99 |
| XM80C | P | FEDERAL 7.62X51MM 149GR FMJ 20 | | | 3 | 50.97 |

Sub Total : **2,193.94**

Total This Invoice : **2,193.94**

Change Due: **6.06**

# Payments

| Type | Date | Amount |
|---|---|---|
| Cash: | 11/11/2013 | $2,193.94 |
| VOID: | 11/11/2013 | $0.00 |

SO000010

We Strive to Exceed our Customers Expectations. All ammunition, firearm, & reloading sales are final.



SO000011



SO000012