

**STATE OF CONNECTICUT**
**DEPARTMENT OF**
**EMERGENCY SERVICES AND PUBLIC PROTECTION**
**DIVISION OF SCIENTIFIC SERVICES**

**EXHIBIT "A"**

Guy M. Vallaro, Ph.D
Division Director

**FIREARMS SECTION**

| | | | |
|---|---|---|---|
| Laboratory Case #: | ID-13-002075 | Submitting Agency: | Windsor Police Department |
| Agency Case #: | 201353467 | | 340 Bloomfield Avenue |
| Town of Incident: | Windsor | | Windsor         CT |
| Date of Request: | 12/23/13 | | |
| Date of Report: | 1/10/14 | | |
| Report To: | David Blezard | | |

### EVIDENCE SUBMITTED:

001. #1 Envelope with "One copper bullet like projectile"
008. #23 Envelope with "Several pieces of bullet like fragments"
010. #27 Envelope with "One bullet like fragment"
011. #28 Envelope with "One bullet like fragment"
012. #29 Envelope with "One bullet like fragment"
016. #37 Envelope with "One bullet like fragment"

### RESULTS OF EXAMINATION:

**Submission#:** 001. #1 Envelope with "One copper bullet like projectile"
Sub #1 contains (1) fired damaged base portion of a .30 caliber class boattail jacketed bullet weighing 76.85 grains and 6 right rifling.

**Submission#:** 008. #23 Envelope with "Several pieces of bullet like fragments"
Sub #8 contains (5) pieces of lead with a combined weight of 54.04 grains, with bone like and blood like material.

**Submission#:** 010. #27 Envelope with "One bullet like fragment"
Sub #10 contains (1) fired nose portion of a jacketed hollow point bullet unknown caliber with 6 right rifling and a weight of 18.42 grains. Sub #10 also included (1) piece of lead weighing 15.50 grains no comparison value.

**Submission#:** 011. #28 Envelope with "One bullet like fragment"
Sub #11 contains (1) fired portion of copper jacketing from a unknown caliber bullet weighing 14.04 grains and 6 right rifling.

**Submission#:** 012. #29 Envelope with "One bullet like fragment"
Sub #12 contains (1) fired damaged base portion of a .30 caliber class boattail jacketed bullet weighing 30.94 grains and 6 right rifling.

**Submission#:** 016. #37 Envelope with "One bullet like fragment"
Sub #16 contains (1) item not firearm related and has no firearm value.

### RESULTS OF EXAMINATION:

Sub #1 and Sub #12 are (bases) of .30 caliber class boattail bullets with six right rifling. Sub #8 contains (5) pieces of lead with a combined weight of 54.04 grains, with bone and blood like material. Sub #10 contains (1) fired nose portion of a jacketed hollow point bullet unknown caliber with 6 right rifling and a weight of 18.42 grains. Sub #10 also included (1) piece of lead weighing 15.50 grains of no comparison value. Sub #11 contains (1) fired portion of copper jacketing from an unknown caliber bullet weighing 14.04 grains and 6 right rifling. Sub #16 contains (1) item not firearm related and has no firearm value for comparison.

Windsor
ID-13-002075-0003
164PD - 201353467

Page 2 of 2

**Report Continued**

### RESULTS OF EXAMINATION(Continued):

Sub #1 and Sub #12 were microscopically compared to each and have been positively identified as being fired from the same firearm at some point in time prior to this examination.

Sub #1, Sub #10, Sub #11 & Sub #12 potentially have sufficient rifling striae for comparison to other bullets if a firearm is developed in this investigation. No firearms have been submitted for testing and comparison to these bullets by the submitting agency at this time.

If any .30 caliber class firearms are developed in this case they should be submitted to the laboratory along with this returned evidence for further examination.

**This report reflects the test results, conclusions, interpretations and/or the findings of the analysts and technical reviewers below as indicated by their signatures below.**

_____
TFC Doug Fox
State Police Firearms Examiner
Examiner

_____
James Stephenson
Forensic Science Examiner 2
Reviewer