**SUPPLEMENT REPORT** 
Windsor Police Department

REPORT NUMBER: 2013-53467
ORI# CT0016400
SUPPLEMENT DATE: 12/20/2013   TIME: 08:23 AM

**INCIDENT DESCRIPTION**

On 12/21/13 at about 0145 hours, I was dispatched to ▓ Overlook Drive regarding a noise complaint. Upon arrival, I was met by ▓▓▓▓.

▓▓▓ stated the complaint was in regards to noises she heard last night coming from the direction of her neighbors home. ▓▓▓ provided a written sworn statement which said the following: "On 12/20/13 at about 0200 hours, I was home and in my Mom's bedroom; located in the northeast corner of our house. I heard a loud bang coming from the direction of my neighbor's house located at 52 Overlook Drive. My Dog began barking at about the same time, which I thought was unusual for the hour. At about 0300 hours, I was laying in my Mom's bed and heard traffic out in front of our house. I heard multiple cars driving by. I heard one of the cars either brake or turn hard and it made a squealing noise. High pitch sounds hurt my ears, so I recall hearing the squealing, which woke me up from my sleep. I was annoyed and then I went back to sleep."

▓▓ stated she didn't know if the information would help at all, but she wanted to let the Windsor Police Department know what she remembered. End.

EXHIBIT "A"

**Personal Identifiers REDACTED**

SUPPLEMENT OFFICER
5845   MANFREDI KRISTEN   #120

SUPERVISOR

# Windsor Police Department — STATEMENT

| DATE/TIME OF INCIDENT | INCIDENT/COMPLAINT | DATE OF THIS REPORT | CASE# |
|---|---|---|---|
| 12/20/13 0823hrs. | Body Found | 12/21/13 | 13-53467 |

| STATEMENT GIVEN BY | TAKEN BY: | WHERE TAKEN | DATE/TIME TAKEN |
|---|---|---|---|
| Kristin West | Off. Manfredi | 40 Overlook | 12/21/13 0200hrs |

WARNING: THE CONSTITUTION REQUIRES THAT I INFORM YOU OF YOUR RIGHTS: YOU HAVE THE RIGHT TO REMAIN SILENT. IF YOU TALK TO ANY POLICE OFFICER, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN COURT. YOU HAVE A RIGHT TO CONSULT WITH A LAWYER BEFORE YOU ARE QUESTIONED, AND MAY HAVE HIM WITH YOU DURING QUESTIONING. IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU, IF YOU WISH, BEFORE ANY QUESTIONING, IF YOU WISH TO ANSWER QUESTIONS, YOU HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU MAY STOP ANSWERING QUESTIONS AT ANY TIME IF YOU WISH TO TALK TO A LAWYER, AND MAY HAVE HIM WITH YOU DURING ANY FURTHER QUESTIONING.

WITNESS: _____    WARNING UNDERSTOOD _____    SIGNED _____

I ▮▮▮▮ (DOB: ▮▮▮▮) residing at ▮ Overlook Dr. Windsor, CT give this statement freely without any threats or promises made to me.

On 12/20/13 at about 0200 hours I was home in my Mom's bedroom; located in the northeast corner of our house. I heard a loud bang coming from the direction of my neighbor's house located at 52 Overlook Dr. My dog began barking (which I thought unusual for the hour) at about the same time.

At about 0300 hours I was laying in my Mom's bed and heard car traffic out in front of our house. I heard multiple cars driving by. I heard one of the cars either brake or turn hard and it made a squealing noise. High pitch sounds hurt my ears so I recall hearing the squealing, which woke me up from my sleep. I was annoyed and then I went back to sleep.

I HAVE READ THE ABOVE STATEMENT AND IT IS TRUE TO THE BEST OF MY KNOWLEDGE. I FULLY UNDERSTAND THAT IF I MAKE A STATEMENT THAT IS UNTRUE AND WHICH IS INTENDED TO MISLEAD A LAW ENFORCEMENT OFFICER IN THE PERFORMANCE OF HIS OFFICIAL FUNCTION I WILL BE IN VIOLATION OF SECTION 53a-157, CONNECTICUT GENERAL STATUTES. A FALSE STATEMENT IS A CLASS A MISDEMEANOR, UP TO 1 YEAR IN JAIL AND/OR $1000.00 FINE AND NOT MORE THAN 3 YEARS PROBATION.

I have read this statement consisting of ...1... page(s), and I affirm to the truth and accuracy of the facts contained therein.

This statement was completed at ...0220... A.M, on the 21st day of December, 2013.

WITNESS _____    Signature of person giving statement _____

SUBSCRIBED AND SWORN BEFORE ME THIS 21st DAY OF December 20 13
SIGNED: _____

WPD-8