**WINDSOR POLICE DEPARTMENT**                                 *Supplemental Report*

| | |
|---|---|
| Case No.: | 2013-54367 |
| Date of this Supp.: | 1-26-2014 |
| Date of Original Report: | 12-20-2013 |
| Complaint: | Homicide |



EXHIBIT "B"

his mother. He states he traveled down Rt. 218 in Bloomfield to get to the highway, but he got lost in East Hartford. He does not call his mother until after 0400 hours.

Surveillance video at Stop & Shop shows Nathan in the store around 2300 hours and returning home a short time later. Nathan then leaves his residence at 0257 hours and is seen on video at a gas station in Glastonbury at 0411 hours. His cell phone is off until approximately 0400 hours when it hits off a tower in East Hartford and Windsor, which tower is located on Addison Road in close proximity to where the victim resided. Call records show when his mother is trying to reach him at 0300 hours, but he does not answer his cell phone. In speaking with him to verify his story, Nathan reports that he had to replace the hard drive in his computer because it had a virus and that he smashed the old one. He also reports that his GPS unit was not working that night and he also threw that out because the screen was cracked. There is still an hour of unaccounted time for him (0257 hours – 0400 hours).

## OTHER ASSOCIATES/FAMILY MEMBERS



▬▬▬ DOB ▬▬▬ (age 25) – resides at ▬▬▬ CT – a 25 year old female who use to reside in New Hampshire and worked at the ▬▬▬ complex owned by the victim in ▬▬▬ According to ▬▬▬ she became friendly with the victim while working in NH. He would take her out to lunch and talk to her about how much money she makes and what she wanted to do with her life. She requested the transfer to work out of state with the company, but she kept in contact with the victim. She states when they would go to lunch or see him, he would make suggestive sexual comments to her. She claims they talked frequently before his wife's death, but then she did not hear from him for awhile. He called her a couple weeks after his

| | |
|---|---|
| :Reporting Officer: | Det. R. LeGeyt #219 |
| Status & Disposition: | |
| Supervisor's Initials | |

Subscribed and sworn to before me this
day of                    , 20   .          Notary Public—My Comm. Exp:

**WINDSOR POLICE DEPARTMENT**                                                              **Supplemental Report**

| | |
|---|---|
| Case No.: | 2013-54367 |
| Date of this Supp.: | 1-26-2014 |
| Date of Original Report: | 12-20-2013 |
| Complaint: | Homicide |

wife died and they made plans to get together and see his estate in New Hampshire all decorated with lights. ▮▮▮ says they made plans to meet the weekend of December 13-14, but because of the snow storm, they decided to stay closer and they met at the Mohegan Sun Casino, where they shared a room together. ▮▮▮ says she had told the victim about wanting a boob job in the past and that she had it done. While they were at the casino, he gave her $3,500.00 which she felt he was assisting her for paying for the surgery and she showed him her boobs. She states they were kissing and heavy petting while together, but that she never had sexual intercourse with him and never used any sexual adult toys. ▮▮▮ states she did talk to the victim on Thursday evening and that their conversation was sexual in nature. She states he was asking her what she was wearing and that he was unhappy with what happened at the casino, but that they would talk about it when they saw each other again. He talked about them being in an exclusive relationship and they made plans to go to New York City after Christmas.

| | |
|---|---|
| :Reporting Officer: | Det. R. LeGeyt #219 |
| Status & Disposition: | |
| Supervisor's Initials | |

Subscribed and sworn to before me this
day of _____, 20 ___ .        Notary Public—My Comm. Exp: _____