

**EXHIBIT "C"**

Personal Identifiers REDACTED

**Windsor Police Department**
**2013-53467 Homicide**
**24 Hour victim timeline**

- 13:30 — Victim at Luv Boutique in Hartford
- 13:53 — Victim at Valenti Cadillac Hartford
- 15:00 — Victim went to St George Church Harford
- 16:25 — Victim at Cumberland Farms Bloomfield, CT
- 18:30 — Nathan at victims house to go to dinner
- 20:05 — Reciept from Cavos
- 20:36 - 20:57 — Phone call from [REDACTED]
- 20:40 — Nathan leaves
- 21:03 — Linda calls victim
- 21:11 — Victim calls [REDACTED] L[REDACTED] Voice Message Left
- 21:18 — L[REDACTED] returns call NO ANSWER
- 21:54 — Victim spoke with A[REDACTED] K[REDACTED] on phone for 8 minutes
- 22:00 — Neighbor on Bloomfield Ave hears "gun" or "car" after 2200hrs
- 00:00 — Neighbor [REDACTED] Overlook hears someone running
- 02:00 — Neighbor at [REDACTED] Overlook hears loud bang and her dog barks
- 03:00 — Neighbor at [REDACTED] Overlook hears multiple vehicles out front "brakes or squeals" tires
- 08:23 — 911 Call from 52 Overlook Dr

Timeline: 08:30 — 08:30