UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


EXHIBIT "D"

NATIONAL LIABILITY & FIRE INSURANCE CO.

and

BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Plaintiffs,

v.

NATHAN CARMAN

Defendant.

: Civil Action No: 17-38-S- PAS

: In Admiralty

### PLAINTIFFS' FIFTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S.") supplement their Fed. R. Civ. P. 26 disclosures:

#### Witnesses

Nathan Carman's mother's sisters: Valerie Santilli, Elaine Chakalos, and Charlene Gallagher regarding their knowledge of nephew Nathan Carman, his inheritance from his grandfather and his mother, and their beliefs that he tried to accelerate it by eliminating them, c/o Attorneys Gordon Katz and Dan Small, Holland & Knight, 10 Saint James Avenue, 11th Floor, Boston, MA  02116, (617) 573-5839

Impeachment witnesses

#### Documents

Brian Woods supplemental photos, on enclosed thumb drive

USCG FOIA Response documents, on enclosed thumb drive

ORIENT LUCKY Master's certifications, attached

Original Admiralty Chart No. 2860, September 25, 2016

Deck Log, September 25, 2016

IMO Crew List, May 7, 2018

*The Boston Globe* September 29, 2016 photo, attached

Nathan Carman press release, attached

Impeachment materials

Dated: June 6, 2018

PLAINTIFFS

_____
David J. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA  02659
508.432.2121 x 15
sealaw@live.com

/s/ Sean T. O'Leary
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearymurphy.com

*Certificate of Service*
I served this fifth supplemental disclosure and listed documents by U.S. Priority Mail on Atty Anderson and by email on Atty Humphrey 06/06/2018.