UNITED STATES DISTRICT COURT
For the
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO. and BOAT OWNERS ASSOCIATION OF OF THE UNITED STATES<br>　　　Plaintiffs<br><br>v.<br><br>NATHAN CARMAN<br>　　　Defendant. | Civil Action:<br>No: 17-cv-0038-S-PAS<br><br>In Admiralty |

### DEFENDANT, NATHAN CARMAN'S MOTION PURSUANT TO F.R.Civ.P. 37(c) TO EXCLUDE TRIAL EXHIBITS NOT PROPERLY AND/OR TIMELY DISCLOSED PURSUANT TO F.R.Civ.P 26(a)(1)A)(ii)

Now comes the Plaintiff in the above captioned matter and pursuant to F.R.Civ.P. 37(c) respectfully request that this Honorable Court exclude from introduction in evidence at trial the below listed Plaintiff's Exhibits[1]:

| | |
|---|---|
| Pl's Ex. # 5.58 | Fiberglass Boat Repair Kit |
| Pl's Ex. # 5.59 | Carman's life raft specs |
| Pl's Ex. # 6.1.1 | NH Dep. Vol I Video |
| Pl's Ex. # 6.2.1 | NH Dep. Vol. II Video |
| Pl's Ex. # 6.3.1 | NH Dep. Ex. 1 |
| Pl's Ex. # 6.3.2 | NH Dep. Ex. 2 |
| Pl's Ex. # 6.3.3 | NH Dep. Ex. 3 |
| Pl's Ex. # 6.3.4 | NH Dep. Ex. 4 |
| Pl's Ex. # 6.3.5 | NH Dep. Ex. 5 |
| Pl's Ex. # 6.3.6 | NH Dep. Ex. 6 |
| Pl's Ex. # 6.3.8 | NH Dep. Ex. 8 |
| Pl's Ex. # 6.3.9 | NH Dep. Ex. 9 |
| Pl's Ex. # 6.3.10 | NH Dep. Ex. 10 |
| Pl's Ex. # 6.3.11 | NH Dep. Ex. 11 |
| Pl's Ex. # 6.3.12 | NH Dep. Ex. 12 |
| Pl's Ex. # 6.3.13 | NH Dep. Ex. 13 |
| Pl's Ex. # 6.3.14 | NH Dep. Ex. 14 |

---

[1] The exhibit numbers and are from Plaintiffs' Exhibit List [Doc. # 141]

1

| | |
|---|---|
| Pl's Ex. # 6.3.15 | NH Dep. Ex. 15 |
| Pl's Ex. # 6.3.16 | NH Dep. Ex. 16 |
| Pl's Ex. # 6.3.17 | NH Dep. Ex. 17 |
| Pl's Ex. # 6.3.18 | NH Dep. Ex. 18 |
| Pl's Ex. # 6.3.19 | NH Dep. Ex. 19 |
| Pl's Ex. # 6.3.20 | NH Dep. Ex. 20 |
| Pl's Ex. # 6.3.23 | NH Dep. Ex. 23 |
| Pl's Ex. # 6.3.24 | NH Dep. Ex. 24 |
| Pl's Ex. # 6.3.25 | NH Dep. Ex. 25 |
| Pl's Ex. # 6.3.26 | NH Dep. Ex. 26 |
| Pl's Ex. # 6.3.27 | NH Dep. Ex. 27 |
| Pl's Ex. # 6.3.28 | NH Dep. Ex. 28 |
| Pl's Ex. # 6.3.29 | NH Dep. Ex. 29 |
| Pl's Ex. # 6.3.30 | NH Dep. Ex. 30 |
| Pl's Ex. # 6.3.31 | NH Dep. Ex. 31 |
| Pl's Ex. # 6.3.32 | NH Dep. Ex. 32 |
| Pl's Ex. # 6.3.33 | NH Dep. Ex. 33 |
| Pl's Ex. # 6.3.34 | NH Dep. Ex. 34 |
| Pl's Ex. # 6.3.35 | NH Dep. Ex. 35 |
| Pl's Ex. # 6.3.36 | NH Dep. Ex. 36 |
| Pl's Ex. # 6.3.37 | NH Dep. Ex. 37 |
| Pl's Ex. # 6.3.38 | NH Dep. Ex. 38 |
| Pl's Ex. # 6.3.39 | NH Dep. Ex. 39 |
| Pl's Ex. # 6.3.40 | NH Dep. Ex. 40 |
| Pl's Ex. # 6.3.41 | NH Dep. Ex. 41 |
| Pl's Ex. # 6.3.42 | NH Dep. Ex. 42 |
| Pl's Ex. # 6.3.43 | NH Dep. Ex. 43 |
| Pl's Ex. # 6.3.44 | NH Dep. Ex. 44 |
| Pl's Ex. # 6.3.45 | NH Dep. Ex. 45 |
| Pl's Ex. # 6.3.46 | NH Dep. Ex. 46 |
| Pl's Ex. # 6.3.48 | NH Dep. Ex. 48 |
| Pl's Ex. # 6.3.49 | NH Dep. Ex. 49 |
| Pl's Ex. # 6.3.50 | NH Dep. Ex. 50 |
| Pl's Ex. # 6.3.51 | NH Dep. Ex. 51 |
| Pl's Ex. # 6.3.52 | NH Dep. Ex. 52 |
| Pl's Ex. # 6.3.53 | NH Dep. Ex. 53 |
| Pl's Ex. # 6.3.54 | NH Dep. Ex. 54 |
| Pl's Ex. # 6.3.55 | NH Dep. Ex. 55 |
| Pl's Ex. # 6.3.57 | NH Dep. Ex. 57 |
| Pl's Ex. # 6.3.58 | NH Dep. Ex. 58 |
| Pl's Ex. # 6.3.59 | NH Dep. Ex. 59 |
| Pl's Ex. # 6.3.60 | NH Dep. Ex. 60 |
| Pl's Ex. # 6.3.62 | NH Dep. Ex. 62 |
| Pl's Ex. # 6.3.63 | NH Dep. Ex. 63 |
| Pl's Ex. # 12.19 | Woods Supplemental Bulkhead Photo.jpg |
| Pl's Ex. # 12.23 | 2012-01-1000.49.06.jpg |

| | |
|---|---|
| Pl's Ex. # 12.25 | 2012-01-10 00.59.29.jpg |
| Pl's Ex. # 12.26 | 2012-01-10 10 00.49.42.jpg |
| Pl's Ex. # 12.34 | 2012-01-10 00.50.51.jpg |
| Pl's Ex. # 12.37 | at dock.jpg |
| Pl's Ex. # 12.40 | Underway video (Video) |
| Pl's Ex. # 12.48 | DSC01358 w tt.jpg |
| Pl's Ex. # 12.53 | Actual Plug Ex. 1.2.3. (Object) |
| Pl's Ex. # 12.54 | Construction Photo 1268929701721 |
| Pl's Ex. # 12.55 | Construction Photo DSCF0463.jpg |
| Pl's Ex. # 12.56 | Construction Photo IMG-20130517_182218.jpg |
| Pl's Ex. # 13.1 | PJM Tim Green Service Email to Carman |
| Pl's Ex. # 13.2 | PJM Repair Order-Inv 15151 |
| Pl's Ex. # 15.1 | Hole Saw Exemplar (Object) |
| Pl's Ex. # 16.1 | Linda Carman-Sharon Hartstein text messages |
| Pl's Ex. # 17.1 | TowBoatU.S. Rhode Island |
| Pl's Ex. # 17.8 | Claims Procedure Manual excerpts |
| Pl's Ex. # 18.2 | USCG FOIA Response |
| Pl's Ex. # 18.3 | SAROPS, Supp By 1-4-19 email |
| Pl's Ex. # 18.4 | Page 8 of 41, Supp by 1-4-19 email |
| Pl's Ex. # 25.4 | 12-23-15 Letter Proof of Mailing Policy |
| Pl's Ex. # 25.3 | 2018-02-21, Envelope w Ltr. Policy & Endorsements |
| Pl's Ex. # 25.5 | 2016-11-29 Email |
| Pl's Ex. # 25.6 | VT Dept Fin Reg Ins Div Excerpts |
| Pl's Ex. # 25.7 | BoatUS Documents |
| Pl's Ex. # 27.1 | Fidelity TOD Beneficiary Designation Form |
| Pl's Ex. # 28.1 | Nathan Handwritten Note to Attorney Calio |
| Pl's Ex. # 28.2 | Carman's typed memorandum to Attorney Calio |
| Pl's Ex. # 28.3 | Atty Calio Letter to Nathan |
| Pl's Ex. # 28.4 | Will of John Chakalos |
| Pl's Ex. # 28.5 | Chakalos Dynasty Trust |
| Pl's Ex. # 28.6 | Disclaimer, Renunciation and Release of Power of Appointment |
| Pl's Ex. # 28.7 | Linda Carman Trust |
| Pl's Ex. # 29.1 | WPD Press Release 12-21-13 |
| Pl's Ex. # 29.2 | CT State Apartment video analysis |
| Pl's Ex. # 29.3 | WPD Timeline |
| Pl's Ex. # 29.4 | CT Ballistics report |
| Pl's Ex. # 29.5 | WPD J. Chakalos' murder investigation file |
| Pl's Ex. # 30.1 | SO02-SO08 Receipt-ATF |
| Pl's Ex. # 30.2 | SO01 – Shooter's Outpost Invoice |
| Pl's Ex. # 30.3 | Sig Sauer Patrol Rifle 762 Exemplar (Object) |
| Pl's Ex. # 32.1 | Orient Lucky IMO Crew List - Certification |
| Pl's Ex. # 32.2 | Orient Lucky Deck Log - Certification |
| Pl's Ex. # 32.3 | Orient Lucky Chart - Certification |

Pl's Ex. # 32.4 through Ex. # 32.24 (inclusive), [21 visual exhibits, 20 Photos and 1 Video]

As grounds for the exclusion of the above listed Plaintiff's Exhibits the Defendant asserts that the Plaintiffs failed to properly disclose these exhibits as required by F.R.Civ.P. 26(a)(1)(A)(ii) and F.R.Civ.P. 26(e), and/or failed to disclose these exhibits in a timely manner in accordance with F.R.Civ.P. 26(a)(1)(A)(ii) and F.R.Civ.P. 26(e).  Pursuant to Fed.R.Civ.P. 37(c)(1) "[i]If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless."   Plaintiff's have not established that their failure to properly disclose the above listed Plaintiffs' Exhibits was substantially justified or harmless.  Accordingly, the Plaintiffs should be precluded from introducing these exhibits into evidence at trial.

Defendant further relies upon the attached Memorandum In Support of this Motion as well as the attached Exhibits "A" – "N"

WHEREFORE, the Defendant, Nathan Carman, respectfully requests that Pursuant to F.R.Civ.P. 26(a)(1)(A)(ii), F.R.Civ.P. 26(e) and F.R.Civ.P. 37(c)(1) this Honorable Court enter an Order precluding the Plaintiffs' from introducing into evidence at trial the proposed exhibits listed on pages 1-3 of this Motion.

Respectfully Submitted
On behalf of the Defendant,
Nathan Carman

/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30 Union Wharf
Boston, MA 02109
(617) 523-1000
DAnderson@LattiAnderson.com

Dated July 31, 2019

5

## CERTIFICATE OF ELECTRONIC SERVICE

      I hereby certify that on the above date, I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record for all parties.

                                                  /s/David F. Anderson  
                                                  David F. Anderson