Exhibit "C"

*Recieved In Hand @ Conclusion of Depo of △ 1/22/2018 PPA*

RECEIVED
JAN 23 2018
LATTI & ANDERSON

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

NATIONAL LIABILITY & FIRE INSURANCE CO. :
:
and :
:
BOAT OWNERS ASSOCIATION OF THE : Civil Action No: 17-0038-S-PAS
UNITED STATES :
: In Admiralty
Plaintiffs, :
:
v. :
:
NATHAN CARMAN :
:
Defendant. :

---

### PLAINTIFFS' SECOND SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S."), by and through their attorneys supplement their Fed. R. Civ. P. 26 disclosures:

    Michael Pellerin
    Vice President, Marine Insurance Underwriting
    BoatU.S.
    880 South Pickett Street
    Alexandria, VA  22304
    (800) 283-2883
    c/o undersigned counsel

        NLFIC, BoatU.S. and affiliates' relationship; underwriting and policy
        issuance; website; Nathan Carman's Yacht Policy;
        BoatU.S. contacts with Nathan Carman regarding his policy

    Records Custodian
    Wayback Machine
    Internet Archive
    300 Funston Avenue
    San Francisco, CA 94118

       Archives BoatU.S. website pages available at:
       http://web.archive.org/web/20151205010130/http://www.boatus.com:80/insurance/policy.asp

Bud Smedburg
Point Judith Marina
392 Gooseberry Road
South Kingstown, RI 02879
(401) 789-7189
c/o Attorney Steve Morrisey
Houlihan, Managhan, Morrissey and Kyle, Ltd.
195 Broadway, 2nd Floor
Newport, RI 02840
(401) 846-7777

       Work performed on Nathan Carman's boat; re-built engine installation after overheat; sea trials; troubleshoot various complaints such as oil leak; bilge pump electrical problems

John and Nancy Ferreira
327 Ronald Avenue
Cumberland, RI 02864
(401) 333-5918

       Contact and observations of Nathan Carman and boat at Ram Point Marina

CDR Michael Fazio, USCG or designee
408 Atlantic Avenue
Boston, MA 02110
617-223-8500

       USCG FOIA documents provided to both parties regarding sinking of Nathan Carman's boat including SAR efforts, September 18, 2016 cell ping and course, ORIENT LUCKY rescue and location

West Marine (Middletown, RI and Narraganset, RI) and Jamestown Distributors personnel identified in defendant's answer to plaintiffs' Interrogatory No. 6, on same topics.

Other persons identified in answer to plaintiffs' Interrogatory No. 6, on same topics

ORIENT LUCKY Captain and Crew

Eric Greene, ECF No. 1-1 at 10-18, anticipated expert

Mike McCook, ECF No. 1-1 at 19-20, anticipated expert

RESPECTFULLY SUBMITTED January 22, 2017.

Respectfully Submitted,

_____
David J. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell McAleer & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA  02659
508.432.2121 x 15
sealaw@live.com

*/s/ Sean T. O'Leary*
Sean T. O'Leary (#6035)
O'Leary Law Associates
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearylaw.com

*Certificate of Service*
I served this second supplemental disclosure in hand on Atty Anderson and by email to Atty Humphrey 01/22/2018.

*/s/ David J. Farrell, Jr.*

3