Exhibit "F"

## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO.<br><br>and<br><br>BOAT OWNERS ASSOCIATION OF THE UNITED STATES<br><br>Plaintiffs,<br><br>v.<br><br>NATHAN CARMAN<br><br>Defendant. | Civil Action No: 17-38-S- PAS<br><br>In Admiralty |

RECEIVED
JUN 07 2019
ATTI & ANDERSON

### PLAINTIFFS' FIFTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S.") supplement their Fed. R. Civ. P. 26 disclosures:

Witnesses

    Nathan Carman's mother's sisters: Valerie Santilli, Elaine Chakalos, and Charlene Gallagher regarding their knowledge of nephew Nathan Carman, his inheritance from his grandfather and his mother, and their beliefs that he tried to accelerate it by eliminating them, c/o Attorneys Gordon Katz and Dan Small, Holland & Knight, 10 Saint James Avenue, 11th Floor, Boston, MA 02116, (617) 573-5839

    Impeachment witnesses

Documents

    Brian Woods supplemental photos, on enclosed thumb drive

    USCG FOIA Response documents, on enclosed thumb drive

    ORIENT LUCKY Master's certifications, attached

Original Admiralty Chart No. 2860, September 25, 2016

Deck Log, September 25, 2016

IMO Crew List, May 7, 2018

The Boston Globe September 29, 2016 photo, attached

Nathan Carman press release, attached

Impeachment materials

Dated: June 6, 2018

PLAINTIFFS

*/signature/*

David J. Farrell, Jr.
Pro Hac Vice
Liam T. O'Connell
Pro Hac Vice
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA  02659
508.432.2121 x 15
sealaw@live.com

/s/ Sean T. O'Leary
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearymurphy.com

Certificate of Service
I served this fifth supplemental disclosure and listed documents by U.S. Priority Mail on Atty Anderson and by email on Atty Humphrey 06/06/2018.

*/signature/*

