Exhibit "G"

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO.<br><br>and<br><br>BOAT OWNERS ASSOCIATION OF THE UNITED STATES<br><br>Plaintiffs,<br><br>v.<br><br>NATHAN CARMAN<br><br>Defendant. | : <br>:<br>:<br>:<br>: Civil Action No: 17-38-WES-PAS<br>:<br>: In Admiralty<br>:<br>:<br>:<br>: |

RECEIVED
JUL 19 2018
ATTI & ANDERSON

## PLAINTIFFS' SIXTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S."), by and through their attorneys supplement their Fed. R. Civ. P. 26 disclosures:

Rule 26(a)(1)(A)(ii)

    WEST SYSTEM epoxy FIBERGLASS BOAT Repair Kit, photocopy attached.

Rule 26(a)(1)(A)(iv)

    July 16, 2018 certified reproduction of Policy No. 3985989-15 as of 09/18/2016 claimed date of sinking, photocopy attached:

        Declarations Page, 12/22/2015
        Yacht Policy P1003 2/14
        Endorsement, 03/28/2016
        Premier Endorsement, E948 Rev 04/13
        Diminishing Deductible, A101 Policy Amendment – Yacht (Rev. 04/13)
        A105 Policy Amendment (Rev. 04/13)
        VT96 Rev 06/14 Vermont Endorsement

Dated: July 16, 2018

PLAINTIFFS

*/signature/*

David A. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA 02659
508.432.2121 x 15
sealaw@live.com

*/s/ Sean T. O'Leary*
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearymurphy.com

*Certificate of Service*
I served this sixth supplemental disclosure and copies of the listed documents by email on Attys Anderson and Humphrey 07/16/2018 and with hard copies ~~in hand~~ via 1st Class Mail to Atty Anderson 07/18/2018.

*/signature/*

2