UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Exhbit "H"

NATIONAL LIABILITY & FIRE INSURANCE CO.

and

BOAT OWNERS ASSOCIATION OF THE
UNITED STATES

Plaintiffs,

v.

NATHAN CARMAN

Defendant.

: Civil Action No: 17-38-WES-PAS
: In Admiralty

RECEIVED AUG 06 2018 LATTI & ANDERSON

## PLAINTIFFS' SEVENTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S."), by and through their attorneys supplement their Fed. R. Civ. P. 26 disclosures:

Rule 26(a)(1)(A)(i)

Jed Warner
22 Morgan Drive
Bow, NH 03304
603.438.3606

Former Shooters Outpost Sales Associate. On November 11, 2013 sold Nathan Carman Sig Sauer rifle, 7.62 and .308 interchangeable calibers. Familiar with purchase and sale records.

Cliff Elston
16 Kathryn's Way
Sandown, NH 03873
603.232.6125

Former Shooters Outpost Assistant Manager. Familiar with Nathan Carman's November 11, 2013 transaction and purchase and sale records.

Rule 26(a)(1)(A)(ii)

    Shooters Outpost records of Nathan Carman's November 11, 2013 purchase served on Defendant's counsel via email July 27, 2018.

Dated: August 2, 2018

                                      PLAINTIFFS

David J. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA 02659
508.432.2121 x 15
sealaw@live.com

*/s/ Sean T. O'Leary*
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearymurphy.com

*Certificate of Service*
I served this seventh supplemental disclosure by email on Attys Anderson and Humphrey 08/02/2018 and with hard copy by First Class mail to Atty Anderson the same day.

2