Exhbit "J"

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NATIONAL LIABILITY & FIRE INSURANCE CO.

and

BOAT OWNERS ASSOCIATION OF THE
UNITED STATES

: Civil Action No: 17-38-WES-PAS

: In Admiralty

Plaintiffs,

v.

NATHAN CARMAN

Defendant.

## PLAINTIFFS' NINTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S."), by and through their attorneys supplement their Fed. R. Civ. P. 26 disclosures:

Rule 26(a)(1)(A)(i) witnesses:

Vincent Corteselli
BoatU.S. c/o undersigned counsel

> Mr. Corteselli is a BoatU.S. claims adjustor familiar with this case, Nathan Carman's Yacht Policy, and the denial of his insurance claim, based on his own involvement and review with Mr. Pellerin and Ms. Charlesworth and others.

Locke Webster
Yard Manager
Ram Point Marina
2 Wm. Schmid Drive
Wakefield, RI 02879
401.783.4535

> Mr. Webster has knowledge of Nathan Carman's boat and his dockage

and use of it at Ram Point Marina during 2016 summer.

Ellen Groh
Paralegal
Legal and Regulatory Affairs
United States Cellular Corporation
8410 W. Bryn Mawr Ave.
Chicago, IL 60631
773.355.3794

    Nathan Carman's cell phone records, to be produced pursuant to *subpoena*.

Records Custodian
Verizon
Attn: Verizon Security Assistance Team (VSAT)
180 Washington Valley Road
Bedminster, NJ 07921

    Linda Carman's cell phone ping records, on or about September 17-19, 2016, to be produced pursuant to *subpoena*.

Rev. Dr. Gheorghita Zugravu
St. George Greek Orthodox Cathedral
433 Fairfield Avenue,
Hartford, CT

    Fr. Zugravu testified by deposition in the NH probate case regarding Nathan Carman's public comments in church shortly after his grandfather's murder.

Records Department
Windsor CT Police Department
340 Bloomfield Ave
Windsor, CT 06095
860.688.5273

    John Chakalos 2013 murder investigation records, to be produced pursuant to *subpoena*.

Rule 26(a)(1)(A)(ii) documents and things:

Subpoenaed records of United States Cellular Corporation; Verizon; Windsor, CT Police Department noted above.

2

Audio tape of Examination Under Oath of Nathan Carman, December 16, 2016, which will be released to counsel by Black Label Legal Services upon receipt of a signed agreement by Attorneys Farrell and Anderson and/or Santos.

Dated: November 13, 2018

PLAINTIFFS

_____
David J. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA  02659
508.432.2121 x 15
sealaw@live.com

*/s/ Sean T. O'Leary*
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island  02886
401.615.8584
sto@olearymurphy.com

*Certificate of Service*
I served this ninth supplemental disclosure by email on Attys Anderson and Humphrey 11/13/2018 and will serve it in hand on Atty Anderson tomorrow.

_____

3