Exhibit "N"

# UNITED STATES DISTRICT COURT
## For the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO. and BOAT OWNERS ASSOCIATION OF OF THE UNITED STATES<br>　　　Plaintiffs<br><br>v.<br><br>NATHAN CARMAN<br>　　　Defendant. | Civil Action:<br>No: 17-cv-0038-S-PAS<br><br>In Admiralty |

### DECLARATION OF DAVID F. ANDERSON

### FILED IN SUPPORT OF MOTION TO EXCLUDE EXHIBITS PURSUANT TO F.R.Civ.P. 37(c)(1)

I, David F. Anderson, counsel for the Defendant, Nathan Carman, do declare and state that attached to Defendant's Motion to Exclude Exhibits Pursuant to F.R.Civ.P. 37(c)(1) as Exhibits A-M are true copies of Plaintiffs' Initial [26(a)(1)(A)] Disclosure and Plaintiffs 1st, 2nd 3rd, 4th, 5th, 6th, 7th, 8th, 8th, 10th, 11th, and 12th Supplemental Rule 26(a)(1)(A) Disclosures.  The documents produced in conjunction with many of these 26(a)(1)(A) disclosures have been omitted.

Pursuant to 28 USC Sec. 1746 I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ David F. Anderson
　　　　　　　　　　　　　　　　　　　　　David F. Anderson
　　　　　　　　　　　　　　　　　　　　　Latti & Anderson LLP
　　　　　　　　　　　　　　　　　　　　　30 Union Wharf
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　(617) 523-1000
　　　　　　　　　　　　　　　　　　　　　DAnderson@LattiAnderson.com