Exibit "B"

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

NATIONAL LIABILITY & FIRE INSURANCE CO.

and

BOAT OWNERS ASSOCIATION OF THE UNITED STATES

Plaintiffs,

v.

NATHAN CARMAN

Defendant.

: Civil Action No: 17-38-WES-PAS
: In Admiralty

RECEIVED
SEP 12 2018
LATTI & ANDERSON

## PLAINTIFFS' EIGHTH SUPPLEMENTAL DISCLOSURES

Plaintiffs/counterclaim defendants NATIONAL LIABILITY & FIRE INSURANCE COMPANY ("NLFIC") and BOAT OWNERS ASSOCIATION OF THE UNITED STATES ("BoatU.S."), by and through their attorneys supplement their Fed. R. Civ. P. 26 disclosures following Defendant Nathan Carman's July 17, 2018 deposition resumption.

Rule 26(a)(1)(A)(i) witnesses:

Caroline Demirs Calio, Esq.
Cummings & Lockwood LLC
Blue Back Square
75 Isham Road, Suite 400
West Hartford, CT 06107
860.313.4936

Attorney Calio is familiar with John C. Chakalos' estate plan and drafted the documents attached as exhibits to the Amended Petition in *Santilli v. Carman* (NH Probate Court), further identified below. She met with Nathan Carman and his grandfather and discussed with them what Nathan would receive by way of inheritance from his grandfather.

William T. Rabbitt, CFP
Private Capital Group LLC
29 South Main Street, Suite 300
West Hartford, CT 06107
860.561.1162

Mr. Rabbitt was John C. Chakalos' financial adviser and met frequently with him and also with Nathan Carman who was often present and who asked detailed questions regarding his inheritance from his grandfather and mother.

Rule 26(a)(1)(A)(ii) documents and things:

*Santilli v. Carman* Amended Petition (March 5, 2018) and Exhibits A (Will of John C. Chakalos); B-1 (John C. Chakalos Revocable Trust, amendments); B-2; C-1 (Chakalos Family Dynasty Trust); C-2

Sig Sauer model 716 Patrol Rifle as depicted in Exs. 4, 6A, and 6B from Jed Warner's August 14, 2018 deposition in *Santilli v. Carman*

Exemplar to Sig Sauer model 716 Patrol Rifle, Serial No. 22C012790

Sig Sauer model 716 Patrol Rifle, Serial No. 22C012790

Dated: September 10, 2018

PLAINTIFFS

/s/ David J. Farrell, Jr.
David J. Farrell, Jr.
*Pro Hac Vice*
Liam T. O'Connell
*Pro Hac Vice*
Farrell & Smith LLP
2355 Main Street, P.O. Box 186
South Chatham, MA 02659
508.432.2121 x 15
sealaw@live.com

/s/ Sean T. O'Leary
Sean T. O'Leary (#6035)
O'Leary Murphy, LLC
4060 Post Road
Warwick, Rhode Island 02886
401.615.8584 Office
sto@olearymurphy.com

2

*Certificate of Service*
We served this eighth supplemental disclosure by email on Attys Anderson and Humphrey 09/10/2018 and with hard copy by First Class mail to Atty Anderson the same day.

3