UNITED STATES DISTRICT COURT
For the
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NATIONAL LIABILITY & FIRE INSURANCE CO. and BOAT OWNERS ASSOCIATION OF OF THE UNITED STATES<br>        Plaintiffs<br><br>v.<br><br>NATHAN CARMAN<br>        Defendant. | Civil Action:<br>No: 17-cv-0038-S-PAS<br><br>In Admiralty |

<u>DEFENDANT, NATHAN CARMAN'S LIST OF WITNESSES FOR PHASE I OF BIFURCATED TRIAL</u>

Now comes the Defendant, Nathan Carman and pursuant the Court's <u>Order dated 8/9/19</u> [Doc. # 157] submits the below list of witnesses whom the Defendant may call in Phase I of this Bifurcated Trail.

1. Nathan Carman
   3043 Fort Bridgeman Road
   Vernon, VT 05354

2. Chris Roth. Sr.
   713 Webster St.
   Marshfield, MA

3. John Ferreira
   327 Ronald Ave.
   Cumberland, RI

4. Nancy Ferreira
   327 Ronald Ave.
   Cumberland, RI

5. Martha Charlesworth
   2251 Eisenhower Ave
   Alexandria, VA 22314

1

6. Michael Pellerin
   2251 Eisenhower Ave
   Alexandria, VA 22314

7. Raj Mehta
   NLFIC
   Hartford CT

8. Chris Roth, Jr.
   713 Webster St.
   Marshfield, MA

9. David Farrell
   2133 S. Main St.
   South Chatham MA
   (If Plaintiffs do not stipulate to authenticity of 12/21/17 e-mail with attached policy)

10. Liam O'Connell
    46 Middle Street, Second Floor
    Gloucester, MA 01930
    (If Plaintiffs do not stipulate to authenticity of e-mails sent at 4:31pm & 10:44pm on 2/17/2017 with attached policy)

Respectfully Submitted
On behalf of the Defendant,
Nathan Carman


/s/ David F. Anderson
David F. Anderson
Latti & Anderson LLP
30 Union Wharf
Boston, MA 02109
(617) 523-1000
Dated: August 9, 2019        DAnderson@LattiAnderson.com

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the above date, I electronically filed the above pleading with the Clerk of the Court using CM/ECF system which will send notification of such filing(s) to all counsel of record for all parties.

/s/David F. Anderson
David F. Anderson