# FARRELL & SMITH LLP
## ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY
admiraltylawoffice.com
508-432-2121

David J. Farrell, Jr.
David S. Smith°
°Also admitted in Maine

Bertram E. Snyder*
Liam T. O'Connell, *Of Counsel*
Patrick O. McAleer, *Of Counsel*
*Also admitted in Virginia

RESPOND TO CHATHAM OFFICE

February 15, 2018

*Via UPS*
David F. Anderson
Latti & Anderson LLP
30 Union Wharf
Boston, MA  02109

      Re:    NLFIC and BoatU.S. v. Carman
              D. R.I. Case 1:17-cv-00038-S-PAS

Dear Attorney Anderson:

      Enclosed is both plaintiffs' document production.

      There are hard paper copies of the *Claims Procedure Manual* and *BoatU.S. Claims Training Guide 2015.*  Both are CONFIDENTIAL.

      There is one "PNY" thumb drive with two main files, each containing sub-files:

           1602366 CARMAN (the engine overheat claim)

                Binder Claim 1602366-CARMAN 0206.pdf
                (By my count, 11 pages have been deleted which are attorney-client privileged emails from Farrell McAleer & Smith to BoatU.S. related to Mr. Carman's sinking claim on which I erroneously referenced the engine overheat claim number)

           1607671 CARMAN (the sinking claim)

                OLD BINDER & MEMO
                (The above MEMO is deleted from the thumb drive but was produced as Plaintiffs' Initial Disclosure documents P00158-00175 with attorney-client privileged communications between BoatU.S. and Farrell McAleer & Smith redacted)

2355 MAIN STREET, P.O. BOX 186
S. CHATHAM, MASSACHUSETTS 02659
(P) 508.432.2121 (F) 978.666.0383

60 WASHINGTON STREET, STE 303
SALEM, MASSACHUSETTS 01970
(P) 978.744.8918 (F) 978.666.0383

Farrell & Smith LLP
Page 2
February 15, 2018

        BINDER 1 - 1607671 - CARMAN - 0206
        (By my count, 15 pages have been deleted which are
        attorney-client privileged communications between BoatU.S.
        and Farrell McAleer & Smith/Farrell & Smith)

    UW File

        3985989-MEMOS

        3985989-OLD MEMOS

        3985989-UW FILE

    PDFs numbered from 04 to 201
    (Other numbered PDFs have been deleted which are attorney-
    client privileged communications between BoatU.S. and
    Farrell McAleer & Smith/Farrell & Smith)

There is a second "STAPLES Relay" thumb drive with several files:

    ACCOUNT BALANCE

    MEMOS

    UW FILE DOCS

    POLICY PACKAGE

    OLD ACCOUNT BALANCE

    FW NLF policy inquiry – 3985989-15

    FW NLF policy inquiry – 3985989-15 Outsource

    Webscreens activity

    BoatUS VT license.tif

    National Liability and Fire COA

    20180112144919414

    NLF_ Boat America Corporation Agency Agreement CONFIDENTIAL

Farrell & Smith LLP
Page 3
February 15, 2018

      I plan to email you November – December 2015 BoatU.S. website links tomorrow or Saturday.

                          Very truly yours,

                          FARRELL & SMITH LLP

                          David J. Farrell, Jr.

Encs

cc. Richard S. Humphrey via email