## EXHIBIT 5

**Deposition Video
Separately Filed in Person**