# FARRELL SMITH O'CONNELL LLP
ATTORNEYS AT LAW & PROCTORS IN ADMIRALTY
admiraltylawoffice.com
978-744-8918

David J. Farrell, Jr.
David S. Smith*
Liam T. O'Connell
Olaf Aprans
Kirby L. Aarsheim**

*Also admitted in Maine
**Also admitted in Rhode Island

RESPOND TO GLOUCESTER OFFICE

September 6, 2019

The Honorable John J. McConnell, Jr.
Att: Clerk Barbara Barletta
United States District Court
One Exchange Terrace
Providence, RI 02903

*via* FEDEX Tracking No. 7761 7722 8289

Re: *NLFIC and BoatU.S. v. Carman*, D. R.I. Civil Case No. 17-38-JJM-PAS

Dear Judge McConnell:

Pursuant to your Order made from the bench, please find the following enclosed:

1. Plaintiffs' Designations of N. Carman's Depositions, Pls.' Exs. 5.1, 5.2, and 6.2;
2. Defendant's Designations of N. Carman's Depositions, Pls.' Exs. 5.1, 5.2, and 6.2;
3. Ex. 5.1, N. Carman Dep. Vol. I, January 22, 2018, highlighted in accordance with the parties' above designations (yellow: Plaintiffs and pink: Defendant, blue/green: both parties, respectively);
4. Ex. 5.2, N. Carman Dep. Vol. II, July 17, 2018, highlighted in accordance with the parties' above designations;
5. Ex. 6.2, NH Case N. Carman Dep. Vol. II, August 28, 2018, highlighted in accordance with the parties' above designations;

Undesignated portions of the Pls.' Exs. 5.1, 5.2, and 6.2 have either been redacted or left out (undesignated full-sheets). Plaintiffs' herein withdraw Pls.' Ex. No. 6.1, NH Case N. Carman Dep. Vol. I, August 27, 2018, as neither party designated any testimony from this transcript.

Very truly yours,

Liam T. O'Connell, Esq.
Enclosures

cc: Atty Anderson *via* FEDEX Tracking No. 7761 7708 1001

2355 MAIN STREET, P.O. BOX
S. CHATHAM, MA 02659
508.432.2121

27 CONGRESS ST., STE 109
SALEM, MA 01970
978.744.8918

46 MIDDLE STREET
GLOUCESTER, MA 01930
978.309.9243

55 PINE STREET
PROVIDENCE, RI 02903