# A UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **NATIONAL LIABILITY & FIRE** | ) | |
| **INSURANCE COMPANY and BOAT** | ) | |
| **OWNERS ASSOCIATION OF THE** | ) | |
| **UNITED STATES** | ) | **C.A. No. 17-38-JJM** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **NATHAN CARMAN** | ) | |

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the Plaintiffs pursuant to the Findings of Fact and Conclusions of Law entered by Judge John J. McConnell, Jr. on November 4, 2019.**

**Judgment shall enter for National Liability & Fire Insurance Company as to Count IV and as to each of the Counts in the Counterclaims.**

**The Court dismisses as moot Counts II, III, V and VI.**

**The Court dismisses Nathan Carman's Counterclaims, Counts I through IV.**

**Enter**:

**/s/ Barbara Barletta**
**Deputy Clerk**

**DATED:     November 4, 2019**