# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

National Liability & Fire Ins. Co., et al

Plaintiff,

v.                                              Case No. CA 17-38-JJM

Nathan Carman

Defendants.

## RECEIPT OF EXHIBIT(S)

The following exhibit(s) have been returned to the undersigned counsel of record in accordance with LR Gen 103(d):

All Plaintiffs' Exhibits full and ID

### Certification

I, the undersigned counsel of record, acknowledge receipt on this date of the above referenced exhibits which have been previously offered and/or admitted into evidence in the above-captioned case.

COUNSEL
_[signature]_
Signature
David J. Farrell, Jr
Printed Name
01/30/2020  2/4/2020
Date

DEPUTY CLERK
_[signature]_
Signature
Please Select  Carrie Potter
Printed Name